WILLIAM C. SCHROEDER, WSBA 41986
**KSB LITIGATION, P.S.**
510 W. Riverside Ave., Ste. 300
Spokane, WA, 99201
(509) 624-8988
wcs@KSBlit.legal
*Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM C. SCHROEDER, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | No.<br><br>**COMPLAINT FOR DECLARATORY RELIEF RE: 2 U.S.C. § 2a(a); U.S. CONST. Art. I, § 2; and Art. II, § 1**<br><br>[Three Judge Panel Requested pursuant to 28 U.S.C. § 2284(a)] |

COMES NOW the above-named Plaintiff, who seeks a declaratory judgment that 2 U.S.C. § 2a(a), which permanently limits the House of Representatives to its size as of 1912 [435 members], deprives citizens of their constitutional rights to equal representation in the House of Representatives [U.S.CONST., Art. I, § 2], and to equal representation in the electoral college for the presidency [U.S.CONST., Art. II, § 1], and is not consistent with the Supreme Court's 'one person, one vote' jurisprudence.

COMPLAINT - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PARTIES

**1.**    Plaintiff William C. Schroeder is a natural born citizen who resides within the Eastern District of Washington and has registered to vote in Washington state.

**2.**    Defendant is the United States of America. F.R.Civ.P. 4(i).

## JURISDICTION AND VENUE

**3.**    "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

**4.**    "The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person … To … secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote." 28 U.S.C. § 1343(a)(4).

**5.**    "The district courts shall have original jurisdiction … of … Any other civil action or claim against the Unites States, not exceeding $10,000 in amount, founded either upon the Constitution, or an Act of Congress[.]" 28 U.S.C. § 1346(a)(2).

**6.**    Venue is proper in the Eastern District of Washington. See 28 U.S.C. § 1391(e)(1)(C).

**7.**    "A district court of three judges shall be convened … when an action is filed challenging the constitutionality of the apportionment of congressional districts[.]" 28 U.S.C. § 2284(a).

# FACTUAL HISTORY

## 1787

**8.**    Composition of the House of Representatives:

The House of Representatives shall be composed of Members chosen every second Year by the People of the several States[.] … Representatives … shall be apportioned among the several States which may be included within this Union, according to their respective …whole Number of [] Persons[.] … The actual Enumeration shall be made within three Years after the first Meeting of the Congress of the United States, and within every subsequent Term of ten Years, in such Manner as they shall by Law direct. The Number of Representatives shall not exceed one for every thirty Thousand, but each State shall have at Least one Representative[.]

U.S.CONST., Art. I, § 2.

**9.**    "Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress[.]" U.S.CONST., Art. II, § 1.

**10.**    "The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish." U.S.CONST., Art. III, § 1.

**11.**    "The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States." U.S.CONST., Art. IV, § 2.

**12.**    "New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the

COMPLAINT - 3

Jurisdiction of any other State … without the Consent of the Legislature[] of the State[] concerned as well as of the Congress." U.S.CONST., Art. IV, § 3.

## 1789

**13.** On September 25, 1789, the First Congress proposed twelve (12) "Articles" [of amendment] to the Constitution.

**14.** Articles 3 through 12 were ratified by three-fourths of the state legislatures as of December 15, 1791, as the First through Tenth Amendments. Article 2 was ratified in 1992, as the Twenty-Seventh Amendment.

**15.** Article "the first", never ratified, provides:

After the first enumeration required by the first article of the Constitution, there shall be one Representative for every thirty thousand, until the number shall amount to one hundred, after which the proportion shall be so regulated by Congress, that there shall be not less than one hundred Representatives, nor less than one Representative for every forty thousand persons, until the number of Representatives shall amount to two hundred; after which the proportion shall be so regulated by Congress, that there shall not be less than two hundred Representatives, nor more than one Representative for every fifty thousand persons.

**16.** The Constitution imposes no size restrictions upon the House of Representatives, save that stated in Art. I, § 2.

**17.** The Judiciary Act of 1789 established a six-member Supreme Court, comprised of one chief justice and five associate justices.

## 1790

**18.** The first census counted 3,929,214 resident persons of the thirteen (13) United States, as of August 2, 1790.

## 1791

**19.** "No person shall … be deprived of life, liberty, or property, without due process of law[.]" U.S.CONST., Fifth Amend.

## 1792

**20.** "[T]he House of Representatives shall be composed of members elected agreeably to a ratio of one member for every thirty-three thousand persons in each state[.]" Apportionment Act of April 14, 1792, 2nd Cong., Sess. I, Ch. 23. [**Attachment 1**]

## 1800

**21.** The second census counted 5,308,483 resident persons in the sixteen (16) United States, as of August 4, 1800.

## 1802

**22.** "[T]he House of Representatives shall be composed of [141] members elected agreeably to a ratio of one member for every thirty-three thousand persons in each state[.]" Apportionment Act of January 14, 1802, 7th Cong., Sess. I, Ch. 1. [**Att. 2**]

## 1804

**23.** The Twelfth Amendment modified Art. II, § 1, Cl. 3, by specifying that each Elector must cast distinct votes for president and vice president, instead of two votes for president.

## 1807

**24.** The Seventh Circuit Act of 1807 increased the size of the Supreme Court to seven (7) members.

## 1810

**25.** The third census counted 7,239,861 resident persons in the seventeen (17) United States, as of August 6, 1810.

## 1811

**26.** "[T]he House of Representatives shall be composed of [181] members elected agreeably to a ratio of one representative for every thirty-five thousand persons in each state[.]" Apportionment Act of December 21, 1811, 12th Cong., Sess. I, Ch. 9. [**Att. 3**]

## 1820

**27.** Maine became a state on March 15, 1820, with the consent of the legislature of the state of Massachusetts.

**28.** "[I]n the election of representatives in the seventeenth Congress, the state of Massachusetts shall be entitled to choose thirteen representatives only; and the state of Maine shall be entitled to choose seven representatives, according to the consent of the legislature of said state of Massachusetts[.]" 16th Cong., Sess. I, Ch. 39 (April 7, 1820).

**29.** The fourth census counted 9,638,453 resident persons in the twenty-three (23) United States, as of August 7, 1820.

### 1822 – 1823

**30.**  "[T]he House of Representatives shall be composed of [215] members elected agreeably to a ratio of one representative for every forty-seven thousand persons in each state[.]" Apportionment Act of March 7, 1822, 17th Cong., Sess. I, Ch. 10 (March 7, 1822). [**Att. 4**]

### 1824 – 1825

**31.**  Pursuant to the Twelfth Amendment, the House elected John Quincy-Adams to the presidency.

### 1830

**32.**  The fifth census counted 12,860,702 resident persons in the twenty-four (24) United States, as of June 1, 1830.

### 1832

**33.**  "[T]he House of Representatives shall be composed of [240] members, elected agreeably to a ratio of one representative for every forty-seven thousand and seven hundred persons in each state[.]" Apportionment Act of May 22, 1832, 22nd Cong., Sess. I, Ch. 91. [**Att. 5**]

### 1840

**34.**  The sixth census counted 17,063,353 resident persons in the twenty-six (26) United States, as of June 1, 1840.

### 1842

**35.**  "[T]he House of Representatives shall be composed of [223] members elected agreeably to a ratio of one Representative for every

seventy thousand six hundred and eighty persons in each State, and of one additional representative for each State having a fraction greater than one moiety of the said ratio[.]" Apportionment Act of June 25, 1842, 27th Cong., Sess. II, Ch. 47. [**Att. 6**]

## **1850**

**36.** The aggregate population of the United States "shall be divided by the number two hundred and thirty-three [233], and the product of such division … shall be the ratio, or rule of apportionment, of representatives among the several States[.]" Census Act of 1850, 31st Cong., Sess. I, Ch. 11, Sec. 25 (May 23, 1850). [**Att. 7**]

**37.** The seventh census counted 23,191,876 resident persons in the thirty (30) United States, as of June 1, 1850.

## **1852**

**38.** "[T]he whole number of representatives is hereby increased to two hundred thirty-four [234][.]" Apportionment Act of July 30, 1852, 32nd Cong., Sess. I, Ch. 74. [**Att. 8**]

## **1860**

**39.** The eighth census counted 31,443,321 resident persons in the thirty-three (33) United States, as of June 1, 1860.

## **1862**

**40.** "[T]he number of members of the House of Representatives of the Congress of the United States shall be two hundred and forty-one [241], and the eight additional members shall be assigned one each

to Pennsylvania, Ohio, Kentucky, Illinois, Iowa, Minnesota, Vermont, and Rhode Island." Apportionment Act of March 4, 1862, 37th Cong., Sess. II, Ch. 36. [**Att. 9**]

**1863**

**41.** The Supreme Court increased in size to ten (10) members.

**1868**

**42.** "Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State[.]" U.S.CONST. Fourteenth Amend. § 2.

**43.** "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside." U.S.CONST. Fourteenth Amend. § 1.

**44.** Each citizen has a "right to vote at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof[.]" U.S.CONST. Fourteenth Amend. § 2.

**1869**

**45.** The Judiciary Act of 1869 matched the size of the Supreme Court to the nine (9) then-existing U.S. Circuit Courts, comprised of one (1) chief justice and eight (8) associate justices. [41st Cong., Sess. 1, Ch. 22; 16 Stat. 44]

## 1870

**46.**  "The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude." U.S.CONST., Fifteenth Amend., § 1 (February 3, 1870).

**47.**  The ninth census counted 38,558,371 resident persons in the thirty-seven (37) United States, as of June 1, 1870.

## 1872

**48.**  "[T]he House of Representatives shall be composed of two hundred and eighty-three [283] members, to be apportioned among the several States in accordance with the provisions of this act[.]" Apportionment Act of February 2, 1872, 42nd Cong., Sess. II, Ch. 11, Sec. 1. [**Att. 10**]

**49.**  "[T]he following States shall be entitled to one [1] representative each in the Congress of the United States in addition to the number apportioned to such States by the act [of February 2, 1872], to wit: New Hampshire, Vermont, New York, Pennsylvania, Indiana, Tennessee, Louisiana, Alabama, and Florida[.]" Apportionment Act of May 30, 1872, 42nd Cong., Sess. II, Ch. 239. [**Att. 11**]

## 1876 − 1877

**50.**  Samuel Tilden won the popular vote by 252,666 votes and secured 184 electoral votes to Rutherford B. Hayes' 165, but 20 electoral votes from Florida, Louisiana, South Carolina, and Oregon were

disputed. The resulting Compromise of 1877 saw the political parties agree to award the disputed 20 electoral votes to Hayes, in exchange for the end of Reconstruction.

**1880**

51.   The tenth census counted 50,189,209 resident persons in the thirty-eight (38) United States, as of June 1, 1880.

**1882**

52.   "[T]he House of Representatives shall be composed of three hundred and twenty-five [325] members, to be apportioned among the several States as follows: [list][.]" Apportionment Act of February 25, 1882, 47th Cong., Sess. I, Ch. 20. **[Att. 12]**

53.   "[W]henever a new State is admitted to the Union the Representative or Representatives assigned to it shall be in addition to the number three hundred and twenty-five [325]." [Id.]

**1888**

54.   Benjamin Harrison defeated Grover Cleveland, 233 electoral votes to 168, but lost the popular vote by 90,596.

**1890**

55.   The eleventh census counted 62,979,766 resident persons in the forty-two (42) United States, as of June 1, 1890.

**1891**

56.   "[T]he House of Representatives shall be composed of three hundred and fifty-six [356] members, to be apportioned among the

several States as follows: [list] [.]" Apportionment Act of February 7, 1891, 51st Cong., Sess. II, Ch. 116. [**Att. 13**]

**57.** "[W]henever a new State is admitted to the Union the Representative or Representatives assigned to it shall be in addition to the number three hundred and fifty-six [356]." [Id.]

**58.** The Judiciary Act of 1891 reorganized the federal courts system, changing the then-existing nine circuit courts into numbered Courts of Appeals. The Supreme Court remained at nine (9) members.

## **1893**

**59.** Congress created the Court of Appeals for the District of Columbia but did not increase the size of the Supreme Court.

## **1900**

**60.** The twelfth census counted 76,212,168 resident persons in the forty-five (45) United States, as of June 1, 1900.

## **1901**

**61.** "[T]he House of Representatives shall be composed of three hundred and eighty-six [386] members, to be apportioned among the several States as follows: [list] [.]" Apportionment Act of January 16, 1901, 56th Cong., Sess. II, Ch. 93. [**Att. 14**]

**62.** "[W]henever a new State is admitted to the Union the Representative or Representatives assigned to it shall be in addition to the number three hundred and eighty-six [386]." [Id.]

## 1910

**63.** The thirteenth census counted 92,228,496 resident persons in the forty-six (46) United States, as of April 15, 1910.

| 1910 | | | | |
|---|---|---|---|---|
| STATE | Population | Number of Seats | Change in Seats | Average Population Per District |
| New York | 9,113,614 | 43 | 6 | 211,836 |
| Pennsylvania | 7,665,111 | 36 | 4 | 212,920 |
| Illinois | 5,638,591 | 27 | 2 | 208,837 |
| Ohio | 4,767,121 | 22 | 1 | 216,687 |
| Texas | 3,896,542 | 18 | 2 | 216,475 |
| Massachusetts | 3,366,416 | 16 | 2 | 210,401 |
| Missouri | 3,293,335 | 16 | 0 | 205,833 |
| Michigan | 2,810,173 | 13 | 1 | 216,167 |
| Indiana | 2,700,876 | 13 | 0 | 207,760 |
| Georgia | 2,609,121 | 12 | 1 | 217,427 |
| New Jersey | 2,537,167 | 12 | 2 | 211,431 |
| California | 2,377,549 | 11 | 3 | 216,051 |
| Wisconsin | 2,333,860 | 11 | 0 | 212,078 |
| Kentucky | 2,289,905 | 11 | 0 | 208,173 |
| Iowa | 2,224,771 | 11 | 0 | 202,252 |
| North Carolina | 2,206,287 | 10 | 0 | 220,629 |
| Tennessee | 2,184,789 | 10 | 0 | 218,479 |

| | | | | |
|---|---|---|---|---|
| Alabama | 2,138,093 | 10 | 1 | 213,809 |
| Minnesota | 2,075,708 | 10 | 1 | 207,438 |
| Virginia | 2,061,612 | 10 | 0 | 206,161 |
| Mississippi | 1,797,114 | 8 | 0 | 224,639 |
| Kansas | 1,690,949 | 8 | 0 | 211,369 |
| Oklahoma | 1,657,155 | 8 | 8 | 207,144 |
| Louisiana | 1,656,388 | 8 | 1 | 207,049 |
| Arkansas | 1,574,449 | 7 | 0 | 224,921 |
| South Carolina | 1,515,400 | 7 | 0 | 216,486 |
| Maryland | 1,295,346 | 6 | 0 | 215,891 |
| West Virginia | 1,221,119 | 6 | 1 | 203,520 |
| Nebraska | 1,192,214 | 6 | 0 | 198,702 |
| **Washington** | **1,141,990** | **5** | **2** | **228,027 [Largest]** |
| Connecticut | 1,114,756 | 5 | 0 | 222,951 |
| Colorado | 799,024 | 4 | 1 | 199,643 |
| Florida | 752,619 | 4 | 1 | 188,155 |
| Maine | 742,371 | 4 | 0 | 185,593 |
| Oregon | 672,765 | 3 | 1 | 224,255 |
| South Dakota | 583,888 | 3 | 1 | 191,892 |
| North Dakota | 577,056 | 3 | 1 | 191,468 |
| Rhode Island | 542,610 | 3 | 1 | 180,870 |
| New Hampshire | 430,572 | 2 | 0 | 215,286 |
| Montana | 376,053 | 2 | 1 | 183,169 |

COMPLAINT - 14

| Utah | 373,351 | 2 | 1 | 185,932 |
|---|---|---|---|---|
| Vermont | 355,956 | 2 | 0 | 177,978 |
| Idaho | 325,594 | 2 | 1 | 161,720 |
| Delaware | 202,322 | 1 | 0 | 202,322 |
| Wyoming | 145,965 | 1 | 0 | 145,965 |
| Nevada | **81,875** | **1** | **0** | **80,293 [Smallest]** |
| Alaska | | X | X | X |
| Arizona | | X | X | X |
| Hawaii | | X | X | X |
| New Mexico | | X | X | X |
| ************** | ********* | *** | ** | ******* |
| United States | 92,228,496 | 433 | 47 | 210,328 |

## 1911

**64.** "[T]he House of Representatives shall be composed of four hundred and thirty-three [433] Members, to be apportioned among the several States as follows: [list] [.]" Apportionment Act of August 8, 1911, 62nd Cong., Sess. I, Ch. 5. [**Att. 15**]

**65.** "[I]f the Territories of Arizona and New Mexico shall become States in the Union before the apportionment of Representatives under the next decennial census they shall have one Representative each, and if one of such Territories shall so become a State, such State shall have one Representative, which Representative or Representatives shall be

in addition to the number four hundred and thirty-three, as provided in section one of this Act[.]" [Id.]

### 1913

**66.** "The Senate of the United States shall be composed of two Senators from each State, elected by the people thereof, for six years; and each Senator shall have one vote. The electors in each State shall have the qualifications requisite for electors of the most numerous branch of the State legislatures." U.S.CONST., Seventeenth Amend.

### 1920

**67.** The fourteenth census counted 106,021,537 resident persons in the forty-eight (48) United States, as of January 1, 1920.

| 1920 | | | | |
|------|------|------|------|------|
| STATE | Population | Number of Seats | Change in Seats | Average Population Per District |
| New York | 10,385,227 | 43 | 0 | 241,409 |
| Pennsylvania | 8,720,017 | 36 | 0 | 242,223 |
| Illinois | 6,485,280 | 27 | 0 | 240,196 |
| Ohio | 5,759,394 | 22 | 0 | 261,791 |
| Texas | 4,663,228 | 18 | 0 | 259,068 |
| Massachusetts | 3,852,356 | 16 | 0 | 240,772 |
| Michigan | 3,668,412 | 13 | 0 | 282,186 |
| California | 3,426,861 | 11 | 0 | 311,457 |
| Missouri | 3,404,055 | 16 | 0 | 212,753 |

| | | | | |
|---|---|---|---|---|
| New Jersey | 3,155,900 | 12 | 0 | 262,992 |
| Indiana | 2,930,390 | 13 | 0 | 225,415 |
| Georgia | 2,895,832 | 12 | 0 | 241,319 |
| Wisconsin | 2,632,067 | 11 | 0 | 239,210 |
| North Carolina | 2,559,123 | 10 | 0 | 255,912 |
| Kentucky | 2,416,630 | 11 | 0 | 219,694 |
| Iowa | 2,404,021 | 11 | 0 | 218,547 |
| Minnesota | 2,387,125 | 10 | 0 | 238,566 |
| Alabama | 2,348,174 | 10 | 0 | 234,817 |
| Tennessee | 2,337,885 | 10 | 0 | 233,789 |
| Virginia | 2,309,187 | 10 | 0 | 230,919 |
| Oklahoma | 2,028,283 | 8 | 0 | 253,535 |
| Louisiana | 1,798,509 | 8 | 0 | 224,814 |
| Mississippi | 1,790,618 | 8 | 0 | 223,827 |
| Kansas | 1,769,257 | 8 | 0 | 221,157 |
| Arkansas | 1,752,204 | 7 | 0 | 250,315 |
| South Carolina | 1,683,724 | 7 | 0 | 240,532 |
| West Virginia | 1,463,701 | 6 | 0 | 243,950 |
| Maryland | 1,449,661 | 6 | 0 | 241,610 |
| Connecticut | 1,380,631 | 5 | 0 | 276,126 |
| Washington | 1,356,621 | 5 | 0 | 270,919 |
| Nebraska | 1,296,372 | 6 | 0 | 216,062 |
| Florida | 968,470 | 4 | 0 | 242,118 |

COMPLAINT - 17

| | | | | |
|---|---|---|---|---|
| Colorado | 939,629 | 4 | 0 | 234,790 |
| Oregon | 783,389 | 3 | 0 | 261,130 |
| Maine | 768,014 | 4 | 0 | 192,004 |
| North Dakota | 646,872 | 3 | 0 | 214,651 |
| South Dakota | 636,547 | 3 | 0 | 210,413 |
| Rhode Island | 604,397 | 3 | 0 | 201,466 |
| Montana | 548,889 | 2 | 0 | 270,756 |
| Utah | 449,396 | 2 | 0 | 224,194 |
| New Hampshire | 443,083 | 2 | 0 | 221,542 |
| Idaho | 431,866 | 2 | 0 | 215,221 |
| New Mexico | **360,350** | **1** | **1** | **353,428 [Largest]** |
| Vermont | 352,428 | 2 | 0 | 176,214 |
| Arizona | 334,162 | 1 | 1 | 309,495 |
| Delaware | 223,003 | 1 | 0 | 223,003 |
| Wyoming | 194,402 | 1 | 0 | 193,487 |
| Nevada | **77,407** | **1** | **0** | **75,820 [Smallest]** |
| Alaska | | X | X | X |
| Hawaii | | X | X | X |
| ************** | ********* | *** | ** | ******* |
| United States | 106,021,537 | 435 | 0 | 241,864 |

**68.** "In 1920, the Census Bureau did transmit apportionment counts to Congress, but Congress did not reapportion." See n.2 at: https://www.census.gov/data/tables/time-series/dec/apportionment-data-text.html

69.   "The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of sex." U.S.CONST., Nineteenth Amend. (August 18, 1920).

## **1929**

70.   "[T]he tabulation of total population by States as required for the apportionment of Representatives shall be completed within eight months from the beginning of the enumeration and reported by the Director of the Census to the Secretary of Commerce and by him to the President of the United States." Fifteenth Census and Apportionment Act of June 18, 1929, 71st Cong., Sess. I, Ch. 28, Sec. 2. [**Att. 16**]

71.   "[T]he President shall transmit to the Congress a statement showing the whole number of persons in each State … as ascertained under the fifteenth and each subsequent decennial census of the population, and the number of Representatives to which each State would be entitled under an apportionment of the then existing number of Representatives [= 435][.]" [Id., Sec. 22(a)]

72.   Congress in 1929 created the Court of Appeals for the Tenth Circuit by subdividing the then-existing Court of Appeals for the Eighth Circuit, but did not increase the size of the Supreme Court.

## **1930**

73.   The fifteenth census counted 123,202,624 resident persons in the United States, as of April 1, 1930.

| 1930 | | | | |
|---|---|---|---|---|
| STATE | Population | Number of Seats | Change in Seats | Average Population Per District |
| New York | 12,588,066 | 45 | 2 | 279,733 |
| Pennsylvania | 9,631,350 | 34 | -2 | 283,274 |
| Illinois | 7,630,654 | 27 | 0 | 282,607 |
| Ohio | 6,646,697 | 24 | 2 | 276,943 |
| Texas | 5,824,715 | 21 | 3 | 277,362 |
| California | 5,677,251 | 20 | 9 | 283,412 |
| Michigan | 4,842,325 | 17 | 4 | 284,827 |
| Massachusetts | 4,249,614 | 15 | -1 | 283,307 |
| New Jersey | 4,041,334 | 14 | 2 | 288,666 |
| Missouri | 3,629,367 | 13 | -3 | 279,162 |
| Indiana | 3,238,503 | 12 | -1 | 269,873 |
| North Carolina | 3,170,276 | 11 | 1 | 287,934 |
| Wisconsin | 2,939,006 | 10 | -1 | 293,172 |
| Georgia | 2,908,506 | 10 | -2 | 290,845 |
| Alabama | 2,646,248 | 9 | -1 | 294,027 |
| Tennessee | 2,616,556 | 9 | -1 | 290,722 |
| Kentucky | 2,614,589 | 9 | -2 | 290,508 |
| Minnesota | 2,563,953 | 9 | -1 | 283,509 |
| Iowa | 2,470,939 | 9 | -2 | 274,491 |
| Virginia | 2,421,851 | 9 | -1 | 269,092 |
| Oklahoma | 2,396,040 | 9 | 1 | 264,691 |
| Louisiana | 2,101,593 | 8 | 0 | 262,699 |
| Mississippi | 2,009,821 | 7 | -1 | 286,879 |

| | | | | |
|---|---|---|---|---|
| Kansas | 1,880,999 | 7 | -1 | 268,500 |
| Arkansas | 1,854,482 | 7 | 0 | 264,921 |
| South Carolina | 1,738,765 | 6 | -1 | 289,793 |
| West Virginia | 1,729,205 | 6 | 0 | 288,200 |
| Maryland | 1,631,526 | 6 | 0 | 271,920 |
| Connecticut | 1,606,903 | 6 | 1 | 267,816 |
| Washington | 1,563,396 | 6 | 1 | 258,737 |
| Florida | 1,468,211 | 5 | 1 | 293,638 |
| Nebraska | 1,377,963 | 5 | -1 | 275,025 |
| Colorado | 1,035,791 | 4 | 0 | 258,712 |
| Oregon | 953,786 | 3 | 0 | 316,793 |
| Maine | 797,423 | 3 | -1 | 265,806 |
| South Dakota | 692,849 | 2 | -1 | 336,503 |
| Rhode Island | 687,497 | 2 | -1 | 343,749 |
| North Dakota | 680,845 | 2 | -1 | 336,670 |
| Montana | 537,606 | 2 | 0 | 262,365 |
| Utah | 507,847 | 2 | 0 | 252,871 |
| New Hampshire | 465,293 | 2 | 0 | 232,646 |
| Idaho | 445,032 | 2 | 0 | 220,768 |
| Arizona | 435,573 | 1 | 1 | 389,375 |
| New Mexico | **423,317** | **1** | **1** | **395,982 [Largest]** |
| Vermont | 359,611 | 1 | -1 | 359,611 |
| Delaware | 238,380 | 1 | 0 | 238,380 |
| Wyoming | 225,565 | 1 | 0 | 223,630 |
| Nevada | **91,058** | **1** | **0** | **86,390 [Smallest]** |
| Alaska | | X | X | X |

COMPLAINT - 21

| Hawaii | | X | X | X |
|---|---|---|---|---|
| ************** | ********* | *** | ** | ******* |
| United States | 123,202,624 | 435 | 27 | 280,675 |

## 1940

**74.** The sixteenth census counted 132,164,569 resident persons in the United States, as of April 1, 1940.

| 1940 | | | | |
|---|---|---|---|---|
| STATE | Population | Number of Seats | Change in Seats | Average Population Per District |
| New York | 13,479,142 | 45 | 0 | 299,536 |
| Pennsylvania | 9,900,180 | 33 | -1 | 300,005 |
| Illinois | 7,897,241 | 26 | -1 | 303,740 |
| Ohio | 6,907,612 | 23 | -1 | 300,331 |
| California | 6,907,387 | 23 | 3 | 300,321 |
| Texas | 6,414,824 | 21 | 0 | 305,468 |
| Michigan | 5,256,106 | 17 | 0 | 309,183 |
| Massachusetts | 4,316,721 | 14 | -1 | 308,337 |
| New Jersey | 4,160,165 | 14 | 0 | 297,155 |
| Missouri | 3,784,664 | 13 | 0 | 291,128 |
| North Carolina | 3,571,623 | 12 | 1 | 297,635 |
| Indiana | 3,427,796 | 11 | -1 | 311,618 |
| Wisconsin | 3,137,587 | 10 | 0 | 313,759 |
| Georgia | 3,123,723 | 10 | 0 | 312,372 |

| | | | | |
|---|---|---|---|---|
| Tennessee | 2,915,841 | 10 | 1 | 291,584 |
| Kentucky | 2,845,627 | 9 | 0 | 316,181 |
| Alabama | 2,832,961 | 9 | 0 | 314,773 |
| Minnesota | 2,792,300 | 9 | 0 | 310,256 |
| Virginia | 2,677,773 | 9 | 0 | 297,530 |
| Iowa | 2,538,268 | 8 | -1 | 317,284 |
| Louisiana | 2,363,880 | 8 | 0 | 295,485 |
| Oklahoma | 2,336,434 | 8 | -1 | 292,054 |
| Mississippi | 2,183,796 | 7 | 0 | 311,971 |
| Arkansas | 1,949,387 | 7 | 0 | 278,484 |
| West Virginia | 1,901,974 | 6 | 0 | 316,996 |
| South Carolina | 1,899,804 | 6 | 0 | 316,634 |
| Florida | 1,897,414 | 6 | 1 | 316,236 |
| Maryland | 1,821,244 | 6 | 0 | 303,541 |
| Kansas | 1,801,028 | 6 | -1 | 300,171 |
| Washington | 1,736,191 | 6 | 0 | 289,365 |
| Connecticut | 1,709,242 | 6 | 0 | 284,874 |
| Nebraska | 1,315,834 | 4 | -1 | 328,959 |
| Colorado | 1,123,296 | 4 | 0 | 280,824 |
| Oregon | 1,089,684 | 4 | 1 | 272,421 |
| Maine | 847,226 | 3 | 0 | 282,409 |
| Rhode Island | 713,346 | 2 | 0 | 356,673 |
| South Dakota | 642,961 | 2 | 0 | 321,481 |

COMPLAINT - 23

| North Dakota | 641,935 | 2 | 0 | 320,968 |
|---|---|---|---|---|
| Montana | 559,456 | 2 | 0 | 279,728 |
| Utah | 550,310 | 2 | 0 | 275,155 |
| New Mexico | 531,818 | 2 | 1 | 265,909 |
| Idaho | 524,873 | 2 | 0 | 262,437 |
| Arizona | 499,261 | 2 | 1 | 249,631 |
| New Hampshire | 491,524 | 2 | 0 | 245,762 |
| Vermont | **359,231** | **1** | **0** | **359,231 [Largest]** |
| Delaware | 266,505 | 1 | 0 | 266,505 |
| Wyoming | 250,742 | 1 | 0 | 250,742 |
| Nevada | **110,247** | **1** | **0** | **110,247 [Smallest]** |
| Alaska | | X | X | X |
| Hawaii | | X | X | X |
| ************** | ********* | *** | ** | ******* |
| United States | 132,164,569 | 435 | 9 | 301,164 |

**75.** Congress merely copied the 1929 Act in 1940:

[The 1929 Act] to provide for apportionment of Representatives in Congress … is hereby amended in the first sentence of section 22 (a) by striking out the words "second regular session of the Seventy-First Congress" and substituting the following words: "first regular session of the Seventy-seventh Congress", and by striking out "fifteenth" and inserting "sixteenth".

54 Stat. 162, Sec. 1 (April 25, 1940). [Att. 17]

## 1941

**76.** Congress made apportionment of 435 members permanent and automatic:

> Each State shall be entitled, in the Seventy-eighth and in each Congress thereafter until the taking effect of a reapportionment under a subsequent statute[,] … to the number of Representatives shown in the statement transmitted to the Congress on January 8, 1941, based upon the method known as the method of equal proportions, no State to receive less than one Member.

Permanent Apportionment Act of November 15, 1941, 77th Cong., Sess. I, Ch. 470, Sec. 2(a). [**Att. 18**]

**77.** 2 U.S.C. § 2a(a) now provides:

> On the first day, or within one week thereafter, of the first regular session of the Eighty-second Congress and of each fifth Congress thereafter, the President shall transmit to the Congress a statement showing the whole number of persons in each State … as ascertained under the seventeenth and each subsequent decennial census of the population, and the number of Representatives to which each State would be entitled under an apportionment of the then existing number of Representatives [435] by the method known as the method of equal proportions, no State to receive less than one Member.

[**Att. 18**]

**78.** 2 U.S.C. § 2a(b) now provides:

> Each State shall be entitled, in the Eighty-third Congress and in each Congress thereafter until the taking effect of a reapportionment under this section or subsequent statute, to

COMPLAINT - 25

the number of Representatives shown in the statement required by subsection (a) of this section, no State to receive less than one Member.

[Att. 18]

## 1950

**79.** The seventeenth census counted 151,325,798 resident persons in the United States, as of April 1, 1950.

| 1950 | | | | |
|---|---|---|---|---|
| STATE | Population | Number of Seats | Change in Seats | Average Population Per District |
| New York | 14,830,192 | 43 | -2 | 344,888 |
| California | 10,586,223 | 30 | 7 | 352,874 |
| Pennsylvania | 10,498,012 | 30 | -3 | 349,934 |
| Illinois | 8,712,176 | 25 | -1 | 348,487 |
| Ohio | 7,946,627 | 23 | 0 | 345,506 |
| Texas | 7,711,194 | 22 | 1 | 350,509 |
| Michigan | 6,371,766 | 18 | 1 | 353,987 |
| New Jersey | 4,835,329 | 14 | 0 | 345,381 |
| Massachusetts | 4,690,514 | 14 | 0 | 335,037 |
| North Carolina | 4,061,929 | 12 | 0 | 338,494 |
| Missouri | 3,954,653 | 11 | -2 | 359,514 |
| Indiana | 3,934,224 | 11 | 0 | 357,657 |
| Georgia | 3,444,578 | 10 | 0 | 344,458 |
| Wisconsin | 3,434,575 | 10 | 0 | 343,458 |
| Virginia | 3,318,680 | 10 | 1 | 331,868 |
| Tennessee | 3,291,718 | 9 | -1 | 365,746 |
| Alabama | 3,061,743 | 9 | 0 | 340,194 |
| Minnesota | 2,982,483 | 9 | 0 | 331,387 |

COMPLAINT - 26

| Kentucky | 2,944,806 | 8 | -1 | 368,101 |
|---|---|---|---|---|
| Florida | 2,771,305 | 8 | 2 | 346,413 |
| Louisiana | 2,683,516 | 8 | 0 | 335,440 |
| Iowa | 2,621,073 | 8 | 0 | 327,634 |
| Washington | 2,378,963 | 7 | 1 | 339,852 |
| Maryland | 2,343,001 | 7 | 1 | 334,714 |
| Oklahoma | 2,233,351 | 6 | -2 | 372,225 |
| Mississippi | 2,178,914 | 6 | -1 | 363,152 |
| South Carolina | 2,117,027 | 6 | 0 | 352,838 |
| Connecticut | 2,007,280 | 6 | 0 | 334,547 |
| West Virginia | 2,005,552 | 6 | 0 | 334,259 |
| Arkansas | 1,909,511 | 6 | -1 | 318,252 |
| Kansas | 1,905,299 | 6 | 0 | 317,550 |
| Oregon | 1,521,341 | 4 | 0 | 380,335 |
| Nebraska | 1,325,510 | 4 | 0 | 331,378 |
| Colorado | 1,325,089 | 4 | 0 | 331,272 |
| Maine | 913,774 | 3 | 0 | 304,591 |
| **Rhode Island** | **791,896** | **2** | **0** | **395,948 [Largest]** |
| Arizona | 749,587 | 2 | 0 | 374,794 |
| Utah | 688,862 | 2 | 0 | 344,431 |
| New Mexico | 681,187 | 2 | 0 | 340,594 |
| South Dakota | 652,740 | 2 | 0 | 326,370 |
| North Dakota | 619,636 | 2 | 0 | 309,818 |
| Montana | 591,024 | 2 | 0 | 295,512 |
| Idaho | 588,637 | 2 | 0 | 294,319 |
| New Hampshire | 533,242 | 2 | 0 | 266,621 |
| Vermont | 377,747 | 1 | 0 | 377,747 |
| Delaware | 318,085 | 1 | 0 | 318,085 |

| Wyoming | 290,529 | 1 | 0 | 290,529 |
|---|---|---|---|---|
| Nevada | **160,083** | **1** | **0** | **160,083 [Smallest]** |
| Alaska | | X | X | X |
| Hawaii | | X | X | X |
| ************* | ********* | *** | ** | ******* |
| United States | 151,325,798 | 435 | 14 | 344,587 |

**1954**

80.    "The Fifth Amendment … does not contain an equal protection clause as does the Fourteenth Amendment which applies only to the states. But the concepts of equal protection and due process, both stemming from our American ideal of fairness, are not mutually exclusive." *Bolling v. Sharpe*, 347 U.S. 497, 499-500 (1954).

81.    *Bolling* concerned segregation in schools in the District of Columbia, to which the Fourteenth Amendment does not apply. *Id.*

82.    Holding that the Fifth Amendment's due process clause forbid racial segregation in D.C. schools, the *Bolling* court explained that "it would be unthinkable that the same Constitution would impose a lesser duty on the Federal Government." *Id.*

83.    "The 'equal protection of the laws' is a more explicit safeguard of prohibited unfairness than 'due process of law,' and, therefore, we do not imply that the two are always interchangeable phrases." *Id.*

**84.** "But, … discrimination may be so unjustifiable as to be violative of due process." *Id.* at 500.

## 1958 / 1959

**85.** Representation of Alaska and Hawaii in the House temporarily added one member per state for a total House of 437, reverting after the next election to a total House of 435. See section 9 of Public Law 85-508, 72 Stat. 339 (July 7, 1958); and section 8 of Public Law 86-3, 73 Stat. 4 (Mar. 18, 1959).

## 1960

**86.** The eighteenth census counted 179,323,175 resident persons in the fifty (50) United States, as of April 1, 1960.

| 1960 | | | | |
|---|---|---|---|---|
| STATE | Population | Number of Seats | Change in Seats | Average Population Per District |
| New York | 16,782,304 | 41 | -2 | 409,324 |
| California | 15,717,204 | 38 | 8 | 413,611 |
| Pennsylvania | 11,319,366 | 27 | -3 | 419,236 |
| Illinois | 10,081,158 | 24 | -1 | 420,048 |
| Ohio | 9,706,397 | 24 | 1 | 404,433 |
| Texas | 9,579,677 | 23 | 1 | 416,508 |
| Michigan | 7,823,194 | 19 | 1 | 411,747 |

| New Jersey | 6,066,782 | 15 | 1 | 404,452 |
|---|---|---|---|---|
| Massachusetts | 5,148,578 | 12 | -2 | 429,048 |
| Florida | 4,951,560 | 12 | 4 | 412,630 |
| Indiana | 4,662,498 | 11 | 0 | 423,863 |
| North Carolina | 4,556,155 | 11 | -1 | 414,196 |
| Missouri | 4,319,813 | 10 | -1 | 431,981 |
| Virginia | 3,966,949 | 10 | 0 | 396,695 |
| Wisconsin | 3,951,777 | 10 | 0 | 395,178 |
| Georgia | 3,943,116 | 10 | 0 | 394,312 |
| Tennessee | 3,567,089 | 9 | 0 | 396,343 |
| Minnesota | 3,413,864 | 8 | -1 | 426,733 |
| Alabama | 3,266,740 | 8 | -1 | 408,343 |
| Louisiana | 3,257,022 | 8 | 0 | 407,128 |
| Maryland | 3,100,689 | 8 | 1 | 387,586 |
| Kentucky | 3,038,156 | 7 | -1 | 434,022 |
| Washington | 2,853,214 | 7 | 0 | 407,602 |
| Iowa | 2,757,537 | 7 | -1 | 393,934 |
| Connecticut | 2,535,234 | 6 | 0 | 422,539 |
| South Carolina | 2,382,594 | 6 | 0 | 397,099 |
| Oklahoma | 2,328,284 | 6 | 0 | 388,047 |

| | | | | |
|---|---|---|---|---|
| Kansas | 2,178,611 | 5 | -1 | 435,722 |
| Mississippi | 2,178,141 | 5 | -1 | 435,628 |
| West Virginia | 1,860,421 | 5 | -1 | 372,084 |
| Arkansas | 1,786,272 | 4 | -2 | 446,568 |
| Oregon | 1,768,687 | 4 | 0 | 442,172 |
| Colorado | 1,753,947 | 4 | 0 | 438,487 |
| Nebraska | 1,411,330 | 3 | -1 | 470,443 |
| Arizona | 1,302,161 | 3 | 1 | 434,054 |
| __Maine__ | __969,265__ | __2__ | __-1__ | __484,633__ __[Largest]__ |
| New Mexico | 951,023 | 2 | 0 | 475,512 |
| Utah | 890,627 | 2 | 0 | 445,314 |
| Rhode Island | 859,488 | 2 | 0 | 429,744 |
| South Dakota | 680,514 | 2 | 0 | 340,257 |
| Montana | 674,767 | 2 | 0 | 337,384 |
| Idaho | 667,191 | 2 | 0 | 333,596 |
| Hawaii | 632,772 | 2 | 2 | 316,386 |
| North Dakota | 632,446 | 2 | 0 | 316,223 |
| New Hampshire | 606,921 | 2 | 0 | 303,461 |
| Delaware | 446,292 | 1 | 0 | 446,292 |
| Vermont | 389,881 | 1 | 0 | 389,881 |

| Wyoming | 330,066 | 1 | 0 | 330,066 |
|---|---|---|---|---|
| Nevada | 285,278 | 1 | 0 | 285,278 |
| Alaska | 226,167 | 1 | 1 | 226,167 [Smallest] |
| ************** | ********* | *** | ** | ****** |
| United States | 179,323,175 | 435 | 21 | 410,481 |

**1962**

87.  In *Baker v. Carr*, the Supreme Court recognized standing for an individual to challenge the constitutionality of legislative district re-apportionment:

> Article III, s 2, of the Federal Constitution provides that 'The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority * * *.' It is clear that the cause of action is one which 'arises under' the Federal Constitution. The complaint alleges that the [Tennessee] statute effects an apportionment that deprives the appellants of the equal protection of the laws in violation of the Fourteenth Amendment.

*Baker v. Carr*, 369 U.S. 186, 199 (1962) (applying Fourteenth Amendment to Tennessee apportionment statute).

**1964**

88.  The Supreme Court heard argument in *Wesberry v. Sanders*, *infra*, on November 18 and November 19 of 1963.

89.  The Twenty-Fourth Amendment took effect on January 23, 1964.

COMPLAINT - 32

> The right of citizens of the United States to vote in any primary or other election for President or Vice President, for electors for President or Vice President, or for Senator or Representative in Congress, shall not be denied or abridged by the United States or any State by reason of failure to pay any poll tax or other tax.

U.S.CONST., Twenty-Fourth Amend.

90.    Rejecting the contention that apportionment under Article I is a non-justiciable political question, the *Wesberry* court explained that "The right to vote is too important in our free society to be stripped of judicial protection by such an interpretation of Article I." *Wesberry v. Sanders*, 376 U.S. 1, 7, 84 S.Ct. 526, 11 L.Ed.2d 481 (Argued Nov. 18 and 19, 1963; decided Feb. 17, 1964).

> We hold that, construed in its historical context, the command of Art. I, s 2, that Representatives be chosen 'by the People of the several States' means that as nearly as is practicable one man's vote in a congressional election is to be worth as much as another's. This rule is followed automatically, of course, when Representatives are chosen as a group on a statewide basis, as was a widespread practice in the first 50 years of our Nation's history. … The history of the Constitution, particularly that part of it relating to the adoption of Art. I, s 2, reveals that those who framed the Constitution meant that, no matter what the mechanics of an election, whether statewide or by districts, it was population which was to be the basis of the House of Representatives. [pp. 7-9]
> …
> The debates at the Convention make at least one fact abundantly clear: that when the delegates agreed that the House should represent 'people' they intended that in allocating Congressmen the number assigned to each State should be determined solely by the number of the State's

COMPLAINT - 33

inhabitants. The Constitution embodied Edmund Randolph's proposal for a periodic census to ensure 'fair representation of the people,' an idea endorsed by Mason as assuring that 'numbers of inhabitants' should always be the measure of representation in the House of Representatives. The Convention also overwhelmingly agreed to a resolution offered by Randolph to base future apportionment squarely on numbers and to delete any reference to wealth. And the delegates defeated a motion made by Elbridge Gerry to limit the number of Representatives from newer Western States so that it would never exceed the number from the original States.

…

The House of Representatives, the Convention agreed, was to represent the people as individuals, and on a basis of complete equality for each voter. [pp. 13-14]

…

It is in the light of such history that we must construe Art. I, s 2, of the Constitution, which, carrying out the ideas of Madison and those of like views, provides that Representatives shall be chosen 'by the People of the several States' and shall be 'apportioned among the several States * * * according to their respective Numbers.' It is not surprising that our Court has held that this Article gives persons qualified to vote a constitutional right to vote and to have their votes counted. *United States v. Mosley*, 238 U.S. 383, 35 S.Ct. 904, 59 L.Ed. 1355; *Ex parte Yarbrough*, 110 U.S. 651, 4 S.Ct. 152, 28 L.Ed. 274. Not only can this right to vote not be denied outright, it cannot, consistently with Article I, be destroyed by alteration of ballots, see *United States v. Classic*, 313 U.S. 299, 61 S.Ct. 1031, 85 L.Ed. 1368, or diluted by stuffing of the ballot box, see *United States v. Saylor*, 322 U.S. 385, 64 S.Ct. 1101, 88 L.Ed. 1341. No right is more precious in a free country than that of having a voice in the election of those who make the laws under which, as good citizens, we must live. Other rights, even the most basic, are illusory if the right to vote is undermined. Our Constitution leaves no room for classification of people in a way that unnecessarily

COMPLAINT - 34

abridges this right. In urging the people to adopt the Constitution, Madison said in No. 57 of The Federalist:

> 'Who are to be the electors of the Federal Representatives? Not the rich more than the poor; not the learned more than the ignorant; not the haughty heirs of distinguished names, more than the humble sons of obscure and unpropitious fortune. The electors are to be the great body of the people of the United States. * * *'

Readers surely could have fairly taken this to mean, 'one person, one vote.' Cf. *Gray v. Sanders*, 372 U.S. 368, 381, 83 S.Ct. 801, 809, 9 L.Ed.2d 821.

While it may not be possible to draw congressional districts with mathematical precision, that is no excuse for ignoring our Constitution's plain objective of making equal representation for equal numbers of people the fundamental goal for the House of Representatives. That is the high standard of justice and common sense which the Founders set for us. [pp. 17-18]

*Wesberry v. Sanders*, 376 U.S. at 7-9; 13-14; 17-18 (citations and marks in original).

## 1967

91. In 1967, Congress eliminated at-large districts in every state with more than one Representative.

In each State entitled in the Ninety-first Congress or in any subsequent Congress thereafter to more than one Representative under an apportionment made pursuant to the provisions of section 2a(a) of this title, there shall be established by law a number of districts equal to the number of Representatives to which such State is so entitled, and Representatives shall be elected only from districts so

established,    no    district    to    elect    more    than    one Representative[.]

2 U.S.C. § 2c; Public Law 90–196; 81 Stat. 581 (Dec. 14, 1967).

### 1970

92.    The nineteenth census counted 203,302,031 resident persons in the United States, as of April 1, 1970.

| 1970 | | | | |
|---|---|---|---|---|
| STATE | Population | Number of Seats | Change in Seats | Average Population Per District |
| California | 19,953,134 | 43 | 5 | 467,415 |
| New York | 18,236,967 | 39 | -2 | 470,207 |
| Pennsylvania | 11,793,909 | 25 | -2 | 475,373 |
| Texas | 11,196,730 | 24 | 1 | 470,783 |
| Illinois | 11,113,976 | 24 | 0 | 466,013 |
| Ohio | 10,652,017 | 23 | -1 | 466,530 |
| Michigan | 8,875,083 | 19 | 0 | 470,379 |
| New Jersey | 7,168,164 | 15 | 0 | 480,536 |
| Florida | 6,789,443 | 15 | 3 | 457,047 |
| Massachusetts | 5,689,170 | 12 | 0 | 477,223 |
| Indiana | 5,193,669 | 11 | 0 | 475,287 |
| North Carolina | 5,082,059 | 11 | 0 | 465,930 |
| Missouri | 4,676,501 | 10 | 0 | 471,803 |
| Virginia | 4,648,494 | 10 | 0 | 469,074 |
| Georgia | 4,589,575 | 10 | 0 | 462,731 |
| Wisconsin | 4,417,731 | 9 | -1 | 494,113 |
| Tennessee | 3,923,687 | 8 | -1 | 495,133 |
| Maryland | 3,922,399 | 8 | 0 | 494,212 |

| | | | | |
|---|---|---|---|---|
| Minnesota | 3,804,971 | 8 | 0 | 479,147 |
| Louisiana | 3,641,306 | 8 | 0 | 459,001 |
| Alabama | 3,444,165 | 7 | -1 | 496,555 |
| Washington | 3,409,169 | 7 | 0 | 491,927 |
| Kentucky | 3,218,706 | 7 | 0 | 463,783 |
| Connecticut | 3,031,709 | 6 | 0 | 508,449 |
| Iowa | 2,824,376 | 6 | -1 | 474,487 |
| South Carolina | 2,590,516 | 6 | 0 | 436,220 |
| Oklahoma | 2,559,229 | 6 | 0 | 430,914 |
| Kansas | 2,246,578 | 5 | 0 | 453,169 |
| Mississippi | 2,216,912 | 5 | 0 | 446,770 |
| Colorado | 2,207,259 | 5 | 1 | 445,354 |
| Oregon | 2,091,385 | 4 | 0 | 527,703 |
| Arkansas | 1,923,295 | 4 | 0 | 485,576 |
| Arizona | 1,770,900 | 4 | 1 | 446,905 |
| West Virginia | 1,744,237 | 4 | -1 | 440,833 |
| Nebraska | 1,483,493 | 3 | 0 | 498,940 |
| Utah | 1,059,273 | 2 | 0 | 533,905 |
| New Mexico | 1,016,000 | 2 | 0 | 513,332 |
| Maine | 992,048 | 2 | 0 | 503,160 |
| Rhode Island | 946,725 | 2 | 0 | 478,899 |
| Hawaii | 768,561 | 2 | 0 | 392,451 |
| New Hampshire | 737,681 | 2 | 0 | 373,142 |
| Idaho | 712,567 | 2 | 0 | 359,961 |
| Montana | 694,409 | 2 | 0 | 350,787 |
| South Dakota | 665,507 | 2 | 0 | 336,624 |
| North Dakota | 617,761 | 1 | -1 | 624,181 [Largest] |
| Delaware | 548,104 | 1 | 0 | 551,928 |

COMPLAINT - 37

| Nevada | 488,738 | 1 | 0 | 492,396 |
| Vermont | 444,330 | 1 | 0 | 448,327 |
| Wyoming | 332,416 | 1 | 0 | 335,719 |
| Alaska | **300,382** | **1** | **0** | **304,067 [Smallest]** |
| ************** | ********* | *** | ** | ******* |
| United States | 203,302,031 | 435 | 11 | 469,088 |

## 1971

**93.** "The right of citizens of the United States, who are eighteen years of age or older, to vote shall not be denied or abridged by the United States or by any State on account of age." U.S.CONST., Twenty-Sixth Amend.

## 1976

**94.** A plaintiff sued a New York state official, arguing that Art. I, § 2, cl. 3 *required* one Representative for every 30,000 people, which the district court rejected. *Whelan v. Cuomo*, 415 F.Supp. 251, 258 (E.D.N.Y. 1976).

## 1980

**95.** The twentieth census counted 226,542,199 resident persons in the United States, as of April 1, 1980.

| 1980 | | | | |
|---|---|---|---|---|
| STATE | Population | Number of Seats | Change in Seats | Average Population Per District |
| California | 23,667,902 | 45 | 2 | 525,968 |
| New York | 17,558,072 | 34 | -5 | 516,391 |

| Texas | 14,229,191 | 27 | 3 | 526,977 |
|---|---|---|---|---|
| Pennsylvania | 11,863,895 | 23 | -2 | 515,945 |
| Illinois | 11,426,518 | 22 | -2 | 519,021 |
| Ohio | 10,797,630 | 21 | -2 | 514,163 |
| Florida | 9,746,324 | 19 | 4 | 512,631 |
| Michigan | 9,262,078 | 18 | -1 | 514,352 |
| New Jersey | 7,364,823 | 14 | -1 | 526,011 |
| North Carolina | 5,881,766 | 11 | 0 | 534,039 |
| Massachusetts | 5,737,037 | 11 | -1 | 521,549 |
| Indiana | 5,490,224 | 10 | -1 | 549,018 |
| Georgia | 5,463,105 | 10 | 0 | 546,427 |
| Virginia | 5,346,818 | 10 | 0 | 534,628 |
| Missouri | 4,916,686 | 9 | -1 | 546,383 |
| Wisconsin | 4,705,767 | 9 | 0 | 522,815 |
| Tennessee | 4,591,120 | 9 | 1 | 510,083 |
| Maryland | 4,216,975 | 8 | 0 | 527,056 |
| Louisiana | 4,205,900 | 8 | 0 | 525,497 |
| Washington | 4,132,156 | 8 | 1 | 516,270 |
| Minnesota | 4,075,970 | 8 | 0 | 509,644 |
| Alabama | 3,893,888 | 7 | 0 | 555,723 |
| Kentucky | 3,660,777 | 7 | 0 | 523,062 |
| South Carolina | 3,121,820 | 6 | 0 | 519,868 |
| Connecticut | 3,107,576 | 6 | 0 | 517,929 |
| Oklahoma | 3,025,290 | 6 | 0 | 504,211 |
| Iowa | 2,913,808 | 6 | 0 | 485,565 |
| Colorado | 2,889,964 | 6 | 1 | 481,472 |
| Arizona | 2,718,215 | 5 | 1 | 543,573 |

COMPLAINT - 39

| | | | | |
|---|---|---|---|---|
| Oregon | 2,633,105 | 5 | 1 | 526,533 |
| Mississippi | 2,520,638 | 5 | 0 | 504,128 |
| Kansas | 2,363,679 | 5 | 0 | 472,642 |
| Arkansas | 2,286,435 | 4 | 0 | 571,378 |
| West Virginia | 1,949,644 | 4 | 0 | 487,411 |
| Nebraska | 1,569,825 | 3 | 0 | 523,335 |
| Utah | 1,461,037 | 3 | 1 | 487,012 |
| New Mexico | 1,302,894 | 3 | 1 | 433,323 |
| Maine | 1,124,660 | 2 | 0 | 562,330 |
| Hawaii | 964,691 | 2 | 0 | 482,500 |
| Rhode Island | 947,154 | 2 | 0 | 473,577 |
| Idaho | 943,935 | 2 | 0 | 471,968 |
| New Hampshire | 920,610 | 2 | 0 | 460,305 |
| Nevada | 800,493 | 2 | 1 | 399,592 |
| Montana | **786,690** | **2** | **0** | **393,345 [Smallest]** |
| South Dakota | **690,768** | **1** | **-1** | **690,178 [Largest]** |
| North Dakota | 652,717 | 1 | 0 | 652,695 |
| Delaware | 594,338 | 1 | 0 | 595,225 |
| Vermont | 511,456 | 1 | 0 | 511,456 |
| Wyoming | 469,557 | 1 | 0 | 470,816 |
| Alaska | 401,851 | 1 | 0 | 400,481 |
| ************** | ********* | *** | ** | ******* |
| United States | 226,542,199 | 435 | 17 | 519,235 |

COMPLAINT - 40

## 1981

**96.** Congress created the Court of Appeals for the Eleventh Circuit by subdividing the then-existing Fifth Circuit but did not increase the size of the Supreme Court.

**97.** "The [Due Process Clause of the Fifth Amendment] requires that Congress treat similarly situated persons similarly, not that it engage in gestures of superficial equality." *Rostker v. Goldberg*, 453 U.S. 57, 79 (1981) (regarding Military Selective Service Act).

## 1982

**98.** Congress created the Court of Appeals for the Federal Circuit by merging the Court of Customs and Patent Appeals with the appellate division of the Court of Claims, but did not increase the size of the Supreme Court, which remains at 9 members.

## 1990

**99.** The twenty-first census counted 248,709,873 resident persons in the United States, as of April 1, 1990.

| 1990 | | | | |
|---|---|---|---|---|
| STATE | Population | Number of Seats | Change in Seats | Average Population Per District |
| California | 29,760,021 | 52 | 7 | 573,832 |
| New York | 17,990,455 | 31 | -3 | 582,081 |
| Texas | 16,986,510 | 30 | 3 | 568,660 |
| Florida | 12,937,926 | 23 | 4 | 565,364 |

COMPLAINT - 41

| | | | | |
|---|---|---|---|---|
| Pennsylvania | 11,881,643 | 21 | -2 | 567,843 |
| Illinois | 11,430,602 | 20 | -2 | 573,334 |
| Ohio | 10,847,115 | 19 | -2 | 573,017 |
| Michigan | 9,295,297 | 16 | -2 | 583,049 |
| New Jersey | 7,730,188 | 13 | -1 | 596,049 |
| North Carolina | 6,628,637 | 12 | 1 | 554,803 |
| Georgia | 6,478,216 | 11 | 1 | 591,674 |
| Virginia | 6,187,358 | 11 | 1 | 565,143 |
| Massachusetts | 6,016,425 | 10 | -1 | 602,905 |
| Indiana | 5,544,159 | 10 | 0 | 556,423 |
| Missouri | 5,117,073 | 9 | 0 | 570,867 |
| Wisconsin | 4,891,769 | 9 | 0 | 545,194 |
| Tennessee | 4,877,185 | 9 | 0 | 544,071 |
| Washington | 4,866,692 | 9 | 1 | 543,105 |
| Maryland | 4,781,468 | 8 | 0 | 599,828 |
| Minnesota | 4,375,099 | 8 | 0 | 548,379 |
| Louisiana | 4,219,973 | 7 | -1 | 605,459 |
| Alabama | 4,040,587 | 7 | 0 | 580,373 |
| Kentucky | 3,685,296 | 6 | -1 | 616,495 |
| Arizona | 3,665,228 | 6 | 1 | 612,998 |
| South Carolina | 3,486,703 | 6 | 0 | 584,285 |
| Colorado | 3,294,394 | 6 | 0 | 551,319 |
| Connecticut | 3,287,116 | 6 | 0 | 549,278 |
| Oklahoma | 3,145,585 | 6 | 0 | 526,267 |
| Oregon | 2,842,321 | 5 | 0 | 570,747 |
| Iowa | 2,776,755 | 5 | -1 | 557,485 |
| Mississippi | 2,573,216 | 5 | 0 | 517,289 |

| Kansas | 2,477,574 | 4 | -1 | 621,400 |
|---|---|---|---|---|
| Arkansas | 2,350,725 | 4 | 0 | 590,560 |
| West Virginia | 1,793,477 | 3 | -1 | 600,542 |
| Utah | 1,722,850 | 3 | 0 | 575,928 |
| Nebraska | 1,578,385 | 3 | 0 | 528,206 |
| New Mexico | 1,515,069 | 3 | 0 | 507,260 |
| Maine | 1,227,928 | 2 | 0 | 616,612 |
| Nevada | 1,201,833 | 2 | 0 | 603,076 |
| New Hampshire | 1,109,252 | 2 | 0 | 556,958 |
| Hawaii | 1,108,229 | 2 | 0 | 557,637 |
| Idaho | 1,006,749 | 2 | 0 | 505,993 |
| Rhode Island | 1,003,464 | 2 | 0 | 502,992 |
| **Montana** | **799,065** | **1** | **-1** | **803,655 [Largest]** |
| South Dakota | 696,004 | 1 | 0 | 699,999 |
| Delaware | 666,168 | 1 | 0 | 668,696 |
| North Dakota | 638,800 | 1 | 0 | 641,364 |
| Vermont | 562,758 | 1 | 0 | 564,964 |
| Alaska | 550,043 | 1 | 0 | 551,947 |
| **Wyoming** | **453,588** | **1** | **0** | **455,975 [Smallest]** |
| ************** | ********* | *** | ** | ******* |
| United States | 248,709,873 | 435 | 19 | 572,466 |

**1992**

100. The Supreme Court held that the "method of equal proportions" was satisfied in light of "the need to allocate a fixed number of indivisible Representatives among 50 States of varying

populations makes it virtually impossible to have the same district size in any pair of States, let alone 50." *U.S. Dept. of Commerce v. Montana*, 503 U.S. 442, 463 (1992).

**101.** Mathematically, the *Montana* court was incorrect.

**102.** Equal apportionment is only "virtually impossible" if the number of representatives is permanently set to 435, with no state having fewer than one representative.

**103.** The *Montana* court did not analyze whether capping the number of representatives at 435 itself could violate citizens' rights to equal representation in the House [Art. I, § 2] and in the electoral college [Art. II, § 1], or the 'one person, one vote' principle, particularly in light of a growing population. See 503 U.S. at 451 and n. 24.

## **1995**

**104.** As the Answer was always "435", Congress determined the 2 U.S.C. § 2a(a) decennial report regarding the results of the Census and apportionment of seats in the House of Representatives was 'wasteful,' and terminated the provision requiring submittal to Congress, effective May 15, 2000. 31 U.S.C. § 1113. See Public Law 104–66, § 3003 (December 21, 1995); 1090 Stat. 707, Sec. 3003.

## **1996**

**105.** Section 201 of Public Law 104-186 struck the phrase "and in case of vacancies in the offices of both the Clerk and the Sergeant at Arms, or the absence or inability of both to act, such duty shall devolve

upon the Doorkeeper of the House of Representatives" from 2 U.S.C. § 2a(b). Public Law 104-186, Title II, § 201 (August 20, 1996)

## 2000

**106.** The twenty-second census counted 281,421,906 resident persons in the United States, as of April 1, 2000.

| 2000 | | | | |
|---|---|---|---|---|
| **STATE** | **Population** | **Number of Seats** | **Change in Seats** | **Average Population Per District** |
| California | 33,871,648 | 53 | 1 | 640,204 |
| Texas | 20,851,820 | 32 | 2 | 653,250 |
| New York | 18,976,457 | 29 | -2 | 655,344 |
| Florida | 15,982,378 | 25 | 2 | 641,156 |
| Illinois | 12,419,293 | 19 | -1 | 654,686 |
| Pennsylvania | 12,281,054 | 19 | -2 | 647,404 |
| Ohio | 11,353,140 | 18 | -1 | 631,919 |
| Michigan | 9,938,444 | 15 | -1 | 663,722 |
| New Jersey | 8,414,350 | 13 | 0 | 648,027 |
| Georgia | 8,186,453 | 13 | 2 | 631,306 |
| North Carolina | 8,049,313 | 13 | 1 | 620,590 |
| Virginia | 7,078,515 | 11 | 0 | 645,518 |
| Massachusetts | 6,349,097 | 10 | 0 | 635,557 |
| Indiana | 6,080,485 | 9 | -1 | 676,754 |
| Washington | 5,894,121 | 9 | 0 | 656,520 |
| Tennessee | 5,689,283 | 9 | 0 | 633,337 |
| Missouri | 5,595,211 | 9 | 0 | 622,918 |

| | | | | |
|---|---|---|---|---|
| Wisconsin | 5,363,675 | 8 | -1 | 671,401 |
| Maryland | 5,296,486 | 8 | 0 | 663,486 |
| Arizona | 5,130,632 | 8 | 2 | 642,585 |
| Minnesota | 4,919,479 | 8 | 0 | 615,709 |
| Louisiana | 4,468,976 | 7 | 0 | 640,039 |
| Alabama | 4,447,100 | 7 | 0 | 637,304 |
| Colorado | 4,301,261 | 7 | 1 | 615,983 |
| Kentucky | 4,041,769 | 6 | 0 | 674,905 |
| South Carolina | 4,012,012 | 6 | 0 | 670,844 |
| Oklahoma | 3,450,654 | 5 | -1 | 691,764 |
| Oregon | 3,421,399 | 5 | 0 | 685,709 |
| Connecticut | 3,405,565 | 5 | -1 | 681,907 |
| Iowa | 2,926,324 | 5 | 0 | 586,385 |
| Mississippi | 2,844,658 | 4 | -1 | 713,232 |
| Kansas | 2,688,418 | 4 | 0 | 673,456 |
| Arkansas | 2,673,400 | 4 | 0 | 669,933 |
| Utah | 2,233,169 | 3 | 0 | 745,571 |
| Nevada | 1,998,257 | 3 | 1 | 667,344 |
| New Mexico | 1,819,046 | 3 | 0 | 607,940 |
| West Virginia | 1,808,344 | 3 | 0 | 604,359 |
| Nebraska | 1,711,263 | 3 | 0 | 571,790 |
| Idaho | 1,293,953 | 2 | 0 | 648,637 |
| Maine | 1,274,923 | 2 | 0 | 638,866 |
| New Hampshire | 1,235,786 | 2 | 0 | 619,208 |
| Hawaii | 1,211,537 | 2 | 0 | 608,321 |
| Rhode Island | 1,048,319 | 2 | 0 | 524,831 |
| - | | | | |

| Montana | 902,195 | 1 | 0 | 905,316 [Largest] |
|---|---|---|---|---|
| Delaware | 783,600 | 1 | 0 | 785,068 |
| South Dakota | 754,844 | 1 | 0 | 756,874 |
| North Dakota | 642,200 | 1 | 0 | 643,756 |
| Alaska | 626,932 | 1 | 0 | 628,933 |
| Vermont | 608,827 | 1 | 0 | 609,890 |
| Wyoming | 493,782 | 1 | 0 | 495,304 [Smallest] |
| ************** | ********* | *** | ** | ******* |
| United States | 281,421,906 | 435 | 12 | 646,952 |

107. On December 12, 2000, the Supreme Court issued an injunction regarding the presidential election, predicated upon Fifth Amendment due process grounds. *Bush v. Gore*, 531 U.S. 98 (2000).

108. George W. Bush had 271 electors to Al Gore's 267, though Bush lost the national popular vote by 537,179.

## 2010

109. The twenty-third census counted 308,745,538 resident persons in the United States, as of April 1, 2010.

| 2010 | | | | |
|---|---|---|---|---|
| STATE | Population | Number of Seats | Change in Seats | Average Population Per District |
| California | 37,253,956 | 53 | 0 | 704,566 |
| Texas | 25,145,561 | 36 | 4 | 701,901 |
| New York | 19,378,102 | 27 | -2 | 719,298 |

COMPLAINT - 47

| Florida | 18,801,310 | 27 | 2 | 700,029 |
|---|---|---|---|---|
| Illinois | 12,830,632 | 18 | -1 | 714,688 |
| Pennsylvania | 12,702,379 | 18 | -1 | 707,495 |
| Ohio | 11,536,504 | 16 | -2 | 723,031 |
| Michigan | 9,883,640 | 14 | -1 | 707,973 |
| Georgia | 9,687,653 | 14 | 1 | 694,826 |
| North Carolina | 9,535,483 | 13 | 0 | 735,829 |
| New Jersey | 8,791,894 | 12 | -1 | 733,958 |
| Virginia | 8,001,024 | 11 | 0 | 730,703 |
| Washington | 6,724,540 | 10 | 1 | 675,337 |
| Massachusetts | 6,547,629 | 9 | -1 | 728,849 |
| Indiana | 6,483,802 | 9 | 0 | 722,398 |
| Arizona | 6,392,017 | 9 | 1 | 712,522 |
| Tennessee | 6,346,105 | 9 | 0 | 708,381 |
| Missouri | 5,988,927 | 8 | -1 | 751,435 |
| Maryland | 5,773,552 | 8 | 0 | 723,741 |
| Wisconsin | 5,686,986 | 8 | 0 | 712,279 |
| Minnesota | 5,303,925 | 8 | 0 | 664,360 |
| Colorado | 5,029,196 | 7 | 0 | 720,704 |
| Alabama | 4,779,736 | 7 | 0 | 686,140 |
| South Carolina | 4,625,364 | 7 | 1 | 663,711 |
| Louisiana | 4,533,372 | 6 | -1 | 758,994 |
| Kentucky | 4,339,367 | 6 | 0 | 725,101 |
| Oregon | 3,831,074 | 5 | 0 | 769,721 |
| Oklahoma | 3,751,351 | 5 | 0 | 752,976 |

| | | | | |
|---|---|---|---|---|
| Connecticut | 3,574,097 | 5 | 0 | 716,326 |
| Iowa | 3,046,355 | 4 | -1 | 763,447 |
| Mississippi | 2,967,297 | 4 | 0 | 744,560 |
| Arkansas | 2,915,918 | 4 | 0 | 731,557 |
| Kansas | 2,853,118 | 4 | 0 | 715,953 |
| Utah | 2,763,885 | 4 | 1 | 692,691 |
| Nevada | 2,700,551 | 4 | 1 | 677,358 |
| New Mexico | 2,059,179 | 3 | 0 | 689,091 |
| West Virginia | 1,852,994 | 3 | 0 | 619,938 |
| Nebraska | 1,826,341 | 3 | 0 | 610,608 |
| Idaho | 1,567,582 | 2 | 0 | 786,750 |
| Hawaii | 1,360,301 | 2 | 0 | 683,431 |
| Maine | 1,328,361 | 2 | 0 | 666,537 |
| New Hampshire | 1,316,470 | 2 | 0 | 660,723 |
| **Rhode Island** | **1,052,567** | **2** | **0** | **527,624 [Smallest]** |
| **Montana** | **989,415** | **1** | **0** | **994,416 [Largest]** |
| Delaware | 897,934 | 1 | 0 | 900,877 |
| South Dakota | 814,180 | 1 | 0 | 819,761 |
| Alaska | 710,231 | 1 | 0 | 721,523 |
| North Dakota | 672,591 | 1 | 0 | 675,905 |
| Vermont | 625,741 | 1 | 0 | 630,337 |
| Wyoming | 563,626 | 1 | 0 | 568,300 |
| ************** | ********* | *** | ** | ******* |
| **United States** | 308,745,538 | 435 | 12 | 710,767 |

COMPLAINT - 49

**110.** One district court held the 435-member cap to be valid, without considering the Art. II issue. *Clemons v. U.S. Dep't of Commerce*, 710 F. Supp.2d 570, 590 (N.D. Miss. 2010). However, the Supreme Court ordered that *Clemons* be remanded "with instructions to dismiss the complaint for lack of jurisdiction." 562 U.S. 1105, 131 S.Ct. 821 (Mem.) (2010). But, see *infra, Rucho v. Common Cause*, 139 S.Ct. 2484, 2496 (2019).

## **2013**

**111.** "[B]asic due process and equal protection principles [are] applicable to the Federal Government." *U.S. v. Windsor*, 570 U.S. 744, 769-70 (2013) (regarding Defense Of Marriage Act) (citing U.S.CONST., Fifth Amend.; and *Bolling v. Sharpe*, 347 U.S. 497 (1954)).

> The liberty protected by the Fifth Amendment's Due Process Clause contains within it the prohibition against denying to any person the equal protection of the laws. While the Fifth Amendment itself withdraws from Government the power to degrade or demean in the way this law does, the equal protection guarantee of the Fourteenth Amendment makes that Fifth Amendment right all the more specific and all the better understood and preserved.

*Windsor*, 570 U.S. at 774 (citing *Bolling*, 347 U.S., at 499–500; and *Adarand Constructors, Inc. v. Penā*, 515 U.S. 200, 217–218 (1995)).

**112.** As an alternative to an analysis under *Windsor*, "...the Citizenship Clause [of the Fourteenth Amendment] guarantees citizens equal treatment by the Federal Government with respect to civil

rights." *U.S. v. Vaello Madero*, 142 S.Ct. 1539, 1551 (2022) (Thomas, J., Concurring).

## 2016

**113.** In the 2016 presidential election, Donald Trump obtained 304 electoral votes to Hillary Clinton's 227, despite losing the popular vote by 2,868,686 votes.

## 2019

**114.** Abrogating *Clemons v. U.S. Dep't of Commerce*, *supra*, the Supreme Court explained:

> In the leading case of *Baker v. Carr*, voters in Tennessee complained that the State's districting plan for state representatives "debase[d]" their votes, because the plan was predicated on a 60-year-old census that no longer reflected the distribution of population in the State. The plaintiffs argued that votes of people in overpopulated districts held less value than those of people in less-populated districts, and that this inequality violated the Equal Protection Clause of the Fourteenth Amendment. The District Court dismissed the action on the ground that the claim was not justiciable, relying on this Court's precedents, including *Colegrove. Baker v. Carr*, 179 F. Supp. 824, 825, 826 (MD Tenn. 1959). This Court reversed. It identified various considerations relevant to determining whether a claim is a nonjusticiable political question, including whether there is "a lack of judicially discoverable and manageable standards for resolving it." 369 U.S. at 217, 82 S.Ct. 691. The Court concluded that the claim of population inequality among districts did not fall into that category, because such a claim could be decided under basic equal protection principles. *Id.*, at 226, 82 S.Ct. 691. In *Wesberry v. Sanders*, the Court extended its ruling to malapportionment of congressional districts, holding that Article I, § 2, required that "one man's vote in a congressional

election is to be worth as much as another's." 376 U.S. at 8, 84 S.Ct. 526.

*Rucho v. Common Cause*, 139 S.Ct. 2484, 2496 (2019).

### 2020

**115.** The twenty-fourth census counted 331,449,281 resident persons in the United States, as of April 1, 2020.

| 2020 | | | | |
|---|---|---|---|---|
| STATE | Population | Number of Seats | Change in Seats | Average Population Per District |
| California | 39,538,223 | 52 | -1 | 761,091 |
| Texas | 29,145,505 | 38 | 2 | 767,981 |
| Florida | 21,538,187 | 28 | 1 | 770,376 |
| New York | 20,201,249 | 26 | -1 | 777,529 |
| Pennsylvania | 13,002,700 | 17 | -1 | 765,403 |
| Illinois | 12,812,508 | 17 | -1 | 754,279 |
| Ohio | 11,799,448 | 15 | -1 | 787,257 |
| Georgia | 10,711,908 | 14 | 0 | 766,091 |
| North Carolina | 10,439,388 | 14 | 1 | 746,711 |
| Michigan | 10,077,331 | 13 | -1 | 775,726 |
| New Jersey | 9,288,994 | 12 | 0 | 774,541 |
| Virginia | 8,631,393 | 11 | 0 | 786,777 |
| Washington | 7,705,281 | 10 | 0 | 771,595 |
| Arizona | 7,151,502 | 9 | 0 | 795,436 |
| Massachusetts | 7,029,917 | 9 | 0 | 781,497 |
| Tennessee | 6,910,840 | 9 | 0 | 768,544 |
| Indiana | 6,785,528 | 9 | 0 | 754,476 |

| | | | | |
|---|---|---|---|---|
| Maryland | 6,177,224 | 8 | 0 | 773,160 |
| Missouri | 6,154,913 | 8 | 0 | 770,035 |
| Wisconsin | 5,893,718 | 8 | 0 | 737,184 |
| Colorado | 5,773,714 | 8 | 1 | 722,771 |
| Minnesota | 5,706,494 | 8 | 0 | 713,719 |
| South Carolina | 5,118,425 | 7 | 0 | 732,102 |
| Alabama | 5,024,279 | 7 | 0 | 718,579 |
| Louisiana | 4,657,757 | 6 | 0 | 776,911 |
| Kentucky | 4,505,836 | 6 | 0 | 751,557 |
| Oregon | 4,237,256 | 6 | 1 | 706,917 |
| Oklahoma | 3,959,353 | 5 | 0 | 792,703 |
| Connecticut | 3,608,298 | 5 | 0 | 721,660 |
| Utah | 3,271,616 | 4 | 0 | 818,813 |
| Iowa | 3,190,369 | 4 | 0 | 798,102 |
| Nevada | 3,104,614 | 4 | 0 | 777,116 |
| Arkansas | 3,011,524 | 4 | 0 | 753,439 |
| Mississippi | 2,961,279 | 4 | 0 | 740,979 |
| Kansas | 2,937,880 | 4 | 0 | 735,216 |
| New Mexico | 2,117,522 | 3 | 0 | 706,740 |
| Nebraska | 1,961,504 | 3 | 0 | 654,444 |
| Idaho | 1,839,106 | 2 | 0 | 920,689 |
| West Virginia | 1,793,716 | 2 | -1 | 897,523 |
| Hawaii | 1,455,271 | 2 | 0 | 730,069 |
| New Hampshire | 1,377,529 | 2 | 0 | 689,545 |
| Maine | 1,362,359 | 2 | 0 | 681,791 |
| Rhode Island | 1,097,379 | 2 | 0 | 549,082 |

COMPLAINT - 53

| | | | | |
|---|---|---|---|---|
| Montana | 1,084,225 | 2 | 1 | 542,704 [Smallest] |
| Delaware | 989,948 | 1 | 0 | 990,837 [Largest] |
| South Dakota | 886,667 | 1 | 0 | 887,770 |
| North Dakota | 779,094 | 1 | 0 | 779,702 |
| Alaska | 733,391 | 1 | 0 | 736,081 |
| Vermont | 643,077 | 1 | 0 | 643,503 |
| Wyoming | 576,851 | 1 | 0 | 577,719 |
| ************** | ********* | *** | ** | ******* |
| United States | 331,449,281 | 435 | 7 | 761,169 |

### 2022 – The Growing Democracy Deficit

*Federal Courts*

116. Despite Congress having created 12 territorial Courts of Appeals and the Federal Circuit Court of Appeals, hundreds of district courts, numerous Article I and II courts and tribunals, and otherwise dramatically expanded the federal judiciary over the past century, it has left the number of Supreme Court Justices at 9 since 1869.

*U.S. Senate*

### 1910 Population Distribution

117. The U.S. population in 1910 was 92,228,496 persons.

118. In 1910, New York was the largest state, with over 9 million residents. The second largest state had over 7 million residents, the third largest had over 5 million residents, and the fourth largest had

over 4 million residents. Three (3) states in 1910 had 3 million residents.

**119.** So, the approximately 34 million people residing in the seven (7) largest states in 1910 were represented by two (2) senators per state [14 total].

**120.** Thirteen (13) states had 2 million residents in 1910. Eleven (11) states had one million residents or more; seven (7) states had greater than 500,000 residents; and eight (8) states had fewer than 500,000 residents.

**121.** Thus, 39 of the states in 1910 had fewer than 3 million residents, with each state being represented by two (2) senators.

2020 Population Distribution

**122.** The U.S. population in 2020 was 331,449,281 persons.

**123.** In 2020, the seven (7) largest states had, respectively, populations of 40 million (CA), 30 million (TX), 22 million (FL), 20 million (NY), 13 million (PA), 12 million (IL), and 11 million (OH); with two (2) senators representing each state.

**124.** So, approximately 148 million residents are represented by a total of 14 senators

**125.** Three (3) states in 2020 had populations exceeding 10 million; one (1) state had 9 million; and the next state had 8 million; with two (2) senators representing each state.

**126.** Thus, the next 47 million residents are represented by a total of ten (10) senators.

**127.** As of 2020, three (3) states' populations exceeded 7 million; four (4) states' populations exceeded 6 million; and five (5) states' populations exceeded 5 million; with two (2) senators representing each state.

**128.** So, these 70 million residents are represented by a total of 24 senators.

**129.** Three (3) states' populations exceeded 4 million; six (6) states' populations exceeded 3 million; and three (3) states exceeded 2 million; with two (2) senators representing each state.

**130.** So, these 36 million residents are represented by a total of 24 senators.

**131.** Finally, eight (8) states had populations greater than 1 million residents, and six (6) states had populations below 1 million residents; with two (2) senators representing each state.

**132.** So, these 16 million residents are represented by a total of 28 senators.

**133.** "Remember … Maine". Congress can subdivide states at any time with the assent of any given state's legislature. U.S.CONST., Art. IV, § 3.

**134.** As the 576,851 residents of Wyoming have two (2) senators, this provides a minimum size ('constitutional unit') for future state

creation via subdivision of existing states. Any polity, within any one state, having a population equal to or exceeding that of Wyoming should be entitled to equal footing as Wyoming, in terms of representation in the Senate, and subdivision into its own state.

*House of Representatives*

**135.** In 1912, when there were 435 congressional districts, the average congressional district had 210,328 residents.

**136.** The largest district had 228,027 residents; and the smallest had 80,293.

**137.** Re-apportionment after the 2020 census was once again constrained by the 435-member cap in place for the past 110 years.

**138.** The average congressional district had 761,169 residents in 2020.

**139.** The largest district after 2020 has 990,837 residents (DE), and the smallest has 524,704 (MT).

## CAUSE OF ACTION

### Declaratory Relief – 435 Member Cap Unconstitutional

**140.** Plaintiff re-incorporates the preceding paragraphs as if fully set forth herein.

**141.** Claims pursuant to Art. I, § 2 are justiciable, as the Constitution "require[s] that 'one man's vote in a congressional election is to be worth as much as another's.'" *Rucho v. Common Cause*, 139 S.Ct. at 2496 (quoting *Wesberry v. Sanders*, 376 U.S. at 7)).

> In a case of actual controversy within its jurisdiction, … any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such.

28 U.S.C. § 2201(a).

**142.** 2 U.S.C. § 2a(a), which permanently limits the House of Representatives to 435 members, deprives citizens and residents of their constitutional right to equal representation in the House of Representatives [U.S.CONST., Art. I, § 2].

**143.** Furthermore, 2 U.S.C. § 2a(a), which permanently limits the House of Representatives to 435 members, deprives citizens and residents of their constitutional right to equal representation in the electoral college for the presidency [U.S.CONST., Art. II, § 1]

**144.** Congress' failure to increase or otherwise change the number of Representatives commensurate with the total population of the United States and the relative populations of the several States, and instead leaving the number [435] unchanged since 1912, and self-executing since 1941, violates the 'one person, one vote' principle.

**145.** Particularly when read together with the Art. II, § 1 requirements of the 'electoral college,' as well as the other above-quoted sections of the Constitution pertaining to voting, the 'one person, one

vote' principle must apply to relative district size among the states, as well as within each state.

## PRAYERS FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

**146.** That the Court hold that the 435-Member-cap established in 2 U.S.C. § 2a(a) is unconstitutional in light of Art. I, § 2; Art. II, § 1; and the 'one person, one vote' principle. Read together the clauses require roughly equal district sizes among the States, as well as within each State, to give full effect to both Art. I, § 2 and Art. II, § 1.

**147.** That Congress be directed to either create a ratio of member-per-unit-of-population applicable equally to each and every of the several States; or a sufficient overall whole number of districts to be apportioned to provide roughly equal district sizes among the States, as well as within each State, so as to give full effect to both Art. I, § 2, and Art. II, § 1.

**148.** For any such other and further relief as the Court may deem to be just and equitable.

Submitted this 18th day of July, 2022,

### KSB LITIGATION, P.S.

By: _s/ William C. Schroeder_
William C. Schroeder, WSBA #41986
510 West Riverside Ave., 3rd Floor
Spokane, Washington, 99201

COMPLAINT - 59

wcs@KSBLit.legal

*Plaintiff*