2:22-cv-00172-MKD   ECF No. 1-4   filed 07/18/22   PageID.67   Page 1

SECOND CONGRESS.   Sess. I. Ch. 23.   1792.   253

mouth and Exeter alternately, beginning at the first. In Massachusetts district at Boston. In Rhode Island district at Newport and Providence alternately, beginning at the first. In Connecticut district at Hartford and New Haven alternately beginning at the last. And in New York district at the city of New York only.

Sec. 3. *And be it enacted,* That at each session of the supreme court of the United States, or as soon after as may be, the judges of the supreme court attending at such session shall, in writing subscribed with their names (which writing shall be lodged with the clerk of the supreme court and safely kept in his office), assign to the said judges respectively the circuits which they are to attend at the ensuing sessions of the circuit courts; which assignment shall be made in such manner that no judge, unless by his own consent, shall have assigned to him any circuit which he hath already attended, until the same hath been afterwards attended by every other of the said judges. *Provided always,* That if the public service or the convenience of the judges shall at any time, in their opinion, require a different arrangement, the same may take place with the consent of any four of the judges of the supreme court.(*a*)

<small>Judges of supreme court at each session to determine the circuits they are respectively to attend, &c.</small>

Sec. 4. *And be it further enacted,* That the district court for the district of Maine, which, by the act, intituled "An act to establish the judicial courts of the United States," is holden on the first Tuesday of June, annually, at Portland, shall, from and after the passing of this act, be holden on the third Tuesday of June, annually, any thing in the act aforesaid to the contrary notwithstanding: and all writs and recognizances returnable, and suits and other proceedings, that were continued to the district court for the district of Maine on the first Tuesday of June next, shall now be returnable and held continued to the same court, on the third Tuesday of June next.

<small>Session of Maine district,

1789, ch. 20.

1802, ch. 31, sec. 22.</small>

Sec. 5. *And be it further enacted,* That the stated district courts for the district of North Carolina shall, in future, be held at the towns of Newbern, Wilmington and Edenton in rotation, beginning at Newbern, as the said court now stands adjourned.

Approved, April 13, 1792.

<small>and of N. Carolina altered.

1797, ch. 27, sec. 2.</small>

---

<small>Statute I.</small>

Chap. XXIII.—*An Act for apportioning Representatives among the several States, according to the first enumeration.*

<small>April 14, 1792.</small>

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That from and after the third day of March one thousand seven hundred and ninety-three, the House of Representatives shall be composed of members elected agreeably to a ratio of one member for every thirty-three thousand persons in each state, computed according to the rule prescribed by the constitution; that is to say: Within the state of New Hampshire, four; within the state of Massachussetts, fourteen; within the state of Vermont, two; within the state of Rhode Island, two; within the state of Connecticut, seven; within the state of New York, ten; within the state of New Jersey, five; within the state of Pennsylvania, thirteen; within the state of Delaware, one; within the state of Maryland, eight; within the state of Virginia, nineteen; within the state of Kentucky, two; within the state of North Carolina, ten; within the state of South Carolina, six; and within the state of Georgia, two members.

Approved, April 14, 1792.

<small>[Obsolete.]
Apportionment of representatives to Congress according to first enumeration.
1791, ch. 9.
1802, ch. 1.
1811, ch. 9.
1820, ch. 37.
1832, ch. 91.
1842, ch. 25.</small>

---

(*a*) The provisions of the acts of Congress relating to the assignment of the circuits to the justices of the Supreme Court, have been: Act of April 13, 1792, sec. 3; act of March 2, 1793; act of April 29, 1802, sec. 5; act of March 3, 1803; act of March 3, 1837.