# ACTS OF THE SEVENTH CONGRESS

OF THE

# UNITED STATES,

*Passed at the first session, which was begun and held at the City of Washington, in the District of Columbia, on Monday, the seventh day of December, 1801, and ended on the third day of May, 1802.*

THOMAS JEFFERSON, President; AARON BURR, Vice President of the United States, and President of the Senate; ABRAHAM BALDWIN, President of the Senate pro tempore, on the 14th of January, 1802, and from the 21st of April, 1802; NATHANIEL MACON, Speaker of the House of Representatives.

## STATUTE I.

Jan. 14, 1802.
_____
[Obsolete.]
Apportionment of representatives.
One member to every thirty-three thousand persons in each state.
N. Hampshire 5.
Mas'chus'ts 17.
Vermont 4.
Rhode Island 2.
Connecticut 7.
New York 17.
New Jersey 6.
Pennsyl'a 18.
Delaware 1.
Maryland 9.
Virginia 22.
N. Carolina 12.
S. Carolina 8.
Georgia 4.
Kentucky 6.
Tennessee 3.

CHAPTER I.—*An Act for the apportionment of Representatives among the several States, according to the second enumeration.*(a)

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That from and after the third day of March, one thousand eight hundred and three, the House of Representatives shall be composed of members elected agreeably to a ratio of one member for every thirty-three thousand persons in each state, computed according to the rule prescribed by the constitution; that is to say: within the state of New Hampshire, five; within the state of Massachusetts, seventeen; within the state of Vermont, four; within the state of Rhode Island, two; within the state of Connecticut, seven; within the state of New York, seventeen; within the state of New Jersey, six; within the state of Pennsylvania, eighteen; within the state of Delaware, one; within the state of Maryland, nine; within the state of Virginia, twenty-two; within the state of North Carolina, twelve; within the state of South Carolina, eight; within the state of Georgia, four; within the state of Kentucky, six; and within the state of Tennessee, three members.

APPROVED, January 14, 1802.

STATUTE I.

Jan. 26, 1802.

CHAP. II.—*An Act concerning the Library for the use of both Houses of Congress.*(b)

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the books and

---

(a) By the act of April 14, 1792, chap. 23, the ratio of representatives was one member to every thirty-three thousand persons in each state, after the first census.

By the act of January 14, 1802, chap. 1, the ratio of representatives was one member to every thirty-three thousand persons in each state, after the second census.

By the act of December 21, 1811, chap. 9, the ratio of representatives was one member to every thirty-five thousand persons in each state, after the third census.

By the act of March 7, 1822, chap. 10, the ratio of representatives was one member to every forty thousand persons in each state, after the fourth census.

By the act of May 22, 1832, chap. 91, the ratio of representatives was one member to every forty-seven thousand seven hundred persons in each state, after the fifth census.

By the act of June 25, 1842, chap. 21, the ratio of representatives was one member to every seventy thousand six hundred and eighty persons in each state, and one additional member to each state having a fraction greater than one moiety of that number of persons, according to the sixth census.

(b) The acts for the establishment and regulation of the Library of Congress, are: An act concerning