e 2:22-cv-00172-MKD   ECF No. 1-6   filed 07/18/22   PageID.69   Page 1

tory of Michigan, on the twenty-fifth day of November, one thousand eight hundred and eight.

SEC. 2. *And be it further enacted,* That the aforesaid roads shall be opened and made under the direction of the President of the United States, in such manner as he shall direct.

<small>Roads to be opened and made under the direction of the President.</small>

SEC. 3. *And be it further enacted,* That the said commissioners shall each be entitled to receive three dollars, and their necessary assistants one dollar and fifty cents, for each and every day which they shall be necessarily employed in the exploring, surveying and marking said roads; and for the purpose of compensating the aforesaid commissioners and their assistants, and for opening and making said roads, there shall be and hereby is appropriated the sum of six thousand dollars, to be paid out of any monies in the treasury not otherwise appropriated.

<small>Compensation of the commissioners and assistants.</small>

APPROVED, December 12, 1811.

---

<small>STATUTE I.</small>

CHAP. IX.—*An Act for the apportionment of Representatives among the several States, according to the third enumeration.*(a)

<small>Dec. 21, 1811.
[Obsolete.]
Ratio of one representative to every thirty-five thousand.</small>

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That from and after the third day of March, one thousand eight hundred and thirteen, the House of Representatives shall be composed of members elected agreeably to a ratio of one representative for every thirty-five thousand persons in each state, computed according to the rule prescribed by the constitution of the United States, that is to say: Within the state of New Hampshire, six; within the state of Massachusetts, twenty; within the state of Vermont, six; within the state of Rhode Island, two; within the state of Connecticut, seven; within the state of New York, twenty-seven; within the state of New Jersey, six; within the state of Pennsylvania, twenty-three; within the state of Delaware, two; within the state of Maryland, nine; within the state of Virginia; twenty-three; within the state of North Carolina, thirteen; within the state of South Carolina, nine; within the state of Georgia, six; within the state of Kentucky, ten; within the state of Ohio, six; within the state of Tennessee, six.

APPROVED, December 21, 1811.

---

<small>STATUTE I.</small>

CHAP. X.—*An Act for completing the existing Military Establishment.*

<small>Dec. 24, 1811.
[Obsolete.]
Act of March 3, 1815, ch. 78.
The military establishment to be completed.
Pay and bounty to officers and men.</small>

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the military establishment, as now authorized by law, be immediately completed.

SEC. 2. *And be it further enacted,* That there be allowed and paid to each effective, able bodied man, recruited or re-enlisted for that service, for the term of five years, unless sooner discharged, the sum of sixteen dollars; but the payment of one half of the said bounty shall be deferred until he shall be mustered and have joined the corps in which he is to serve; and whenever any non-commissioned officer or soldier shall be discharged from the service, who shall have obtained from the commanding officer of his company, battalion or regiment a certificate that he had faithfully performed his duty whilst in service, he shall moreover be allowed and paid, in addition to the aforesaid bounty, three months' pay, and one hundred and sixty acres of land; and the heirs and representatives of those non-commissioned officers or soldiers, who may be killed in action, or die in the service of the United States, shall likewise be paid and allowed the said additional bounty of three months' pay, and one hundred and sixty acres of land, to be designated, surveyed and laid off

<small>Non-commissioned officers and soldiers when discharged to have one hundred and sixty acres of land and additional bounty.</small>

---

(a) See act of January 14, 1802, chap. 1, page 128, and note.