thorized, by proclamation, to suspend the operation of either or both of the provisions of this act, as the case may be, and to withhold any or all the privileges allowed, or to be allowed, to Colombian vessels or their cargoes.

Approved, May 19, 1832.

---

STATUTE I.

May 19, 1832.

Board to be constituted, &c.

CHAP. LXXX.—*An Act authorizing the revision and extension of the rules and regulations of the naval service.*

*Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled,* That the President of the United States be, and he is hereby, authorized to constitute a board of naval officers to be composed of the naval commissioners and two post captains to meet at the seat of government, whose duty it shall be, with the aid and assistance of the attorney general, carefully to revise and enlarge the rules and regulations governing the naval service, with the view to adapt them to the present and future exigencies of this important arm of national defence, which rules and regulations, when approved by him and sanctioned by Congress, shall have the force of law, and stand in lieu of all others heretofore enacted.

Approved, May 19, 1832.

---

STATUTE I.

May 22, 1832.

Maine,        8
NewHamp. 5
Mass.        12
R. Island,  2
Conn.        6
Vermont,    5
NewYork, 40
NewJersey, 6
Penn'a.     28
Delaware,   1
Maryland,   8
Virginia,  21
N.Carolina,13
S.Carolina, 9
Georgia,    9
Kentucky, 13
Tennessee,13
Ohio,       19
Indiana,    7
Mississippi, 2
Illinois,    3
Louisiana,  3
Missouri,   2
Alabama,    5

CHAP. XCI.—*An Act for the apportionment of representatives among the several states, according to the fifth census.*

*Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled,* That from and after the third day of March, one thousand eight hundred and thirty-three, the House of Representatives shall be composed of members, elected agreeably to a ratio of one representative for every forty-seven thousand and seven hundred persons in each state, computed according to the rule prescribed by the constitution of the United States, that is to say, within the state of Maine, eight; within the state of New Hampshire, five; within the state of Massachusetts, twelve; within the state of Rhode Island, two; within the state of Connecticut, six; within the state of Vermont, five; within the state of New York, forty; within the state of New Jersey, six; within the state of Pennsylvania, twenty-eight; within the state of Delaware, one; within the state of Maryland, eight; within the state of Virginia, twenty-one; within the state of North Carolina, thirteen; within the state of South Carolina, nine; within the state of Georgia, nine; within the state of Kentucky, thirteen; within the state of Tennessee, thirteen; within the state of Ohio, nineteen; within the state of Indiana, seven; within the state of Mississippi, two; within the state of Illinois, three; within the state of Louisiana, three; within the state of Missouri, two; and within the state of Alabama, five.

Approved, May 22, 1832.

---

STATUTE I.

May 22, 1832.

Court to be held 2d Monday 'n June.

CHAP. XCII.—*An act to alter the time of holding the district court of the United States for the western district of Louisiana.* (a)

*Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled,* That the district court of the United States for the western district of Louisiana, shall be hereafter holden on the second Monday of June, in each year, instead of the third Monday of August, as is now required by law.

(a) See notes to the acts relating to the district court in Louisiana, vol. iii. p. 774.