Case 2:22-cv-00172-MKD    ECF No. 1-11    filed 07/18/22    PageID.83    Page 1

THIRTY-SECOND CONGRESS.   Sess. I.   Ch. 74, 75.   1852.                25

for the ports of entry for the collection districts of Puget's Sound and Umpqua, in the Territory of Oregon, upon receiving satisfactory information as to the best location for said ports, instead of the places now established by law in said districts respectively.

SEC. 2. *And be it further enacted,* That the annual compensation of the collector at Astoria, in the collection district of Oregon, in said Territory, be, and the same is hereby fixed at the sum of three thousand dollars, including the fees of his office, commencing on the first day of July, in the year one thousand eight hundred and fifty; and in no event shall he be allowed a greater amount than said sum of three thousand dollars, so including the present fees of his office as aforesaid. <span style="float:right">*Pay of collector at Astoria.*</span>

APPROVED, July 21, 1852.

---

CHAP. LXXIV. — *An Act supplementary to "An Act providing for the taking of the seventh and subsequent Censuses of the United States, and to fix the number of the Members of the House of Representatives, and provide for their future Apportionment among the several States," approved twenty-third May, eighteen hundred and fifty.* <span style="float:right">July 30, 1852.<br>————<br>1850, ch. 11.</span>

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of the Interior proceed forthwith to apportion two hundred thirty-three representatives among the several States, in accordance with the provisions contained in the twenty-fifth section of the act of twenty-third May, eighteen hundred and fifty, and according to the returns of population which have been completed and returned to the Census-Office in the Department of the Interior. And, it being made to appear that the returns of the population of California are incomplete, it is further enacted, that said State shall retain the number of representatives prescribed by the act of admission thereof into the Union until a new apportionment, and for this purpose the whole number of representatives is hereby increased to two hundred thirty-four until such apportionment. <span style="float:right">*Apportionment of Representatives to Congress.*</span>

SEC. 2. *And be it further enacted,* That if, at any future decennial enumeration of the inhabitants of the United States, the census of any district or subdivision in the United States shall have been improperly taken, or if the returns of any district or subdivision shall be accidentally lost or destroyed, the Secretary of the Interior shall have power to order a new enumeration of such district or subdivision. <span style="float:right">*Provision in case of loss, &c., of returns, for a new enumeration.*</span>

SEC. 3. *And be it further enacted,* That the twentieth section of the said act be amended by striking out the words "has been" from the last line, and inserting the words "may necessarily be" in lieu thereof. <span style="float:right">*Act of 1850, ch. 11, sec. 20, amended.*</span>

APPROVED, July 30, 1852.

---

CHAP. LXXV. — *An Act to establish additional Land Districts in the State of Wisconsin.* <span style="float:right">July 30, 1852.</span>

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That so much of the public lands of the United States, in the State of Wisconsin, as lies within the following boundaries, to wit: — commencing at the southwest corner of township fifteen, north of range two, east of the fourth principal meridian, thence running due east to the southeast corner of township fifteen, north of range eleven, east of the fourth principal meridian, thence north along said range line to the north line of the State of Wisconsin, thence westerly along said north line to the line between ranges one and two, east of the fourth principal meridian, thence south to the place of beginning, shall be formed into a new land district, to be called the Stevens Point Land District, and for the sale of the public lands within the district hereby constituted, a land-office <span style="float:right">*Stevens's Point land district, constituted in Wisconsin.*<br><br>*Provisions for a land-office at Stevens's Point.*</span>

VOL. X.   PUB. — 4