2:22-cv-00172-MKD    ECF No. 1-13    filed 07/18/22    PageID.85    Page

28                    FORTY-SECOND CONGRESS.  Sess. II.  Ch. 10, 11.  1872.

| | |
|---|---|
| See *Post*, p. 53. | September; at Harrisonburg, on the Tuesday after the second Monday of April and October; and at Abingdon, on the Tuesday after the fourth Monday of May and October. And all recognizances, indictments, or |
| Pending process. | other proceedings, civil or criminal, now pending in either of said courts, shall be entered and have day in court, and be heard and tried according to the times of holding said court, as herein provided. |

APPROVED, February 1, 1872.

---

February 2, 1872. CHAP. XI. — *An Act for the Apportionment of Representatives to Congress among the several States according to the ninth Census.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That from and after the third day of March, eighteen hundred and seventy-three, the House of Representatives shall be composed of two hundred and eighty-three members, to be apportioned among the several States in accordance with the provisions of this act, that is to say: to the State of Maine, five; to the State of New Hampshire, two; to the State of Vermont, two; to the State of Massachusetts, eleven; to the State of Rhode Island, two; to the State of Connecticut, four; to the State of New York, thirty-two; to the State of New Jersey, seven; to the State of Pennsylvania, twenty-six; to the State of Delaware, one; to the State of Maryland, six; to the State of Virginia, nine; to the State of North Carolina, eight; to the State of South Carolina, five; to the State of Georgia, nine; to the State of Alabama, seven; to the State of Mississippi, six; to the State of Louisiana, five; to the State of Ohio, twenty; to the State of Kentucky, ten; to the State of Tennessee, nine; to the State of Indiana, twelve; to the State of Illinois, nineteen; to the State of Missouri, thirteen; to the State of Arkansas, four; to the State of Michigan, nine; to the State of Florida, one; to the State of Texas, six; to the State of Iowa, nine; to the State of Wisconsin, eight; to the State of California, four; to the State of Minnesota, three; to the State of Oregon, one; to the State of Kansas, three; to the State of West Virginia, three; to the State of Nevada, one; to the State of Nebraska, one: *Provided,* That if, after such apportionment shall have been made, any new State shall be admitted into the Union, the Representative or Representatives of such new State shall be additional to the number of two hundred and eighty-three herein limited.

Sidenotes:
- Number of members of the House of Representatives after March 3, 1873, and how apportioned; See 1872, ch. 239. *Post,* p. 192.
- in new States afterwards admitted. See 1872, ch. 139. *Post,* p. 61.

Sec. 2. That in each State entitled under this law to more than one Representative, the number to which said States may be entitled in the forty-third, and each subsequent Congress, shall be elected by districts composed of contiguous territory, and containing as nearly as practicable an equal number of inhabitants, and equal in number to the number of Representatives to which said States may be entitled in Congress, no one district electing more than one Representative: *Provided,* That in the election of Representatives to the forty-third Congress in any State which by this law is given an increased number of Representatives, the additional Representative or Representatives allowed to such State may be elected by the State at large, and the other Representatives to which the State is entitled by the districts as now prescribed by law in said State, unless the legislature of said State shall otherwise provide before the time fixed by law for the election of Representatives therein.

Sidenotes:
- Election of members of the forty-third Congress, &c.;
- of the additional representatives in States entitled thereto.
- 1872, ch. 253. *Post,* p. 195.

Sec. 3. That the Tuesday next after the first Monday in November, in the year eighteen hundred and seventy-six, is hereby fixed and established as the day, in each of the States and Territories of the United States, for the election of Representatives and Delegates to the forty-fifth Congress; and the Tuesday next after the first Monday in November, in every second year thereafter, is hereby fixed and established as the day for the election, in each of said States and Territories, of Representatives and Delegates to the Congress commencing on the fourth day of March next thereafter.

Sidenotes:
- Day established for the election of representatives, &c., to the forty-fifth Congress;
- to subsequent Congresses.

e 2:22-cv-00172-MKD    ECF No. 1-13    filed 07/18/22    PageID.86    Page 2

FORTY–SECOND CONGRESS. Sess. II. Ch. 11, 12, 13. 1872.    29

Sec. 4. That if, upon trial, there shall be a failure to elect a Representative or Delegate in Congress in any State, District, or Territory, upon the day hereby fixed and established for such election, or if, after any such election, a vacancy shall occur in any such State, District, or Territory, from death, resignation, or otherwise, an election shall be held to fill any vacancy caused by such failure, resignation, death, or otherwise, at such time as is or may be provided by law for filling vacancies in the State or Territory in which the same may occur. *Elections to fill vacancies. See 1872, ch. 139. Post, p. 61.*

Sec. 5. That no State shall be hereafter admitted to the Union without having the necessary population to entitle it to at least one Representative according to the ratio of representation fixed by this bill. *No State to be admitted to the Union without what population.*

Sec. 6. That should any State, after the passage of this act, deny or abridge the right of any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, to vote at any election named in the amendments to the Constitution, article fourteen, section two, except for participation in the rebellion or other crime, the number of Representatives apportioned in this act to such State shall be reduced in the proportion which the number of such male citizens shall have to the whole number of male citizens twenty-one years of age in such State. *Number of representatives apportioned to any State to be proportionally reduced, if the right to vote is denied or abridged, except, &c.*

Approved, February 2, 1872.

---

Chap. XII.— *An Act to authorize the Payment of duplicate Checks of disbursing Officers.* *Feb. 2, 1872.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That in place of original checks, when lost, stolen, or destroyed, disbursing officers and agents of the United States are hereby authorized, after the expiration of six months from the date of such checks, and within three years from such date, to issue duplicate checks, and the treasurer, assistant treasurers, and designated depositaries of the United States are directed to pay such checks, drawn in pursuance of law by such officers or agents, upon notice and proof of the loss of the original check or checks, under such regulations in regard to their issue and payment, and upon the execution of such bonds, with sureties, to indemnify the United States, as the Secretary of the Treasury shall prescribe: *Provided,* That this act shall not apply to any check exceeding in amount the sum of one thousand dollars. *Duplicate checks may be issued by disbursing officers in place of original checks lost, &c., after, &c.: to be paid, &c. Limit to amount.*

Sec. 2. That in case the disbursing officer or agent by whom such lost, destroyed, or stolen original check was issued, be dead, or no longer in the service of the United States, it shall be the duty of the proper accounting officer, under such regulations as the Secretary of the Treasury shall prescribe, to state an account in favor of the owner of such original check for the amount thereof, and to charge such amount to the account of such officer or agent. *Provision in case the officer issuing the check be dead or not in office.*

Approved, February 2, 1872.

---

Chap. XIII.— *An Act to admit certain Machinery imported from foreign Countries free of Duty.* *Feb. 2, 1872.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Calcasieu sulphur and mining company of New Orleans be, and is hereby, permitted to import, free of duty, under such rules and regulations as the Secretary of the Treasury shall prescribe, certain machinery and accompanying implements for the purpose of, and to be used only in, making a series of experiments in mining for sulphur in the parish of Calcasieu, in the State of Louisiana: *Provided,* That the value of such importation shall not exceed the sum of seventy-five thousand dollars, and that said machinery and implements be imported within one year from and after the passage of this act. *The Calcasieu sulphur, &c., company, may import free of duty certain machinery, &c., within one year. Limit to value.*

Approved, February 2, 1872.