term to use, and vend to others to use, said improvement in horse-powers so constructed or used.

APPROVED, May 29, 1872.

---

May 29, 1872.

CHAP. CCXXXV. — *An Act to increase the capital Stock and to extend the Works of the Washington Gas-Light Company.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the capital stock of the Washington Gas-Light Company be, and the same is hereby, increased two hundred thousand dollars, with the privilege of increasing it not exceeding one million dollars, as the same may be required from time to time, for extending their works in the District of Columbia east of Rock Creek: *Provided, however,* That said increase of capital stock shall not be made from undivided profits of said company which have already accrued, or may hereafter accrue, but from capital actually paid in: *Provided also,* That said increased capital stock shall be subject to all the conditions of the charter of said Washington Gas-Light Company.

Washington gas-light company may increase its capital stock.

Provisos.

APPROVED, May 29, 1872.

---

May 30, 1872.

1872, ch. 10. *Ante,* p. 28.

CHAP. CCXXXIX. — *An Act supplemental to an Act entitled "An Act for the Apportionment of Representatives to Congress among the several States according to the ninth Census."*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That from and after the third day of March, eighteen hundred and seventy-three, the following States shall be entitled to one representative each in the Congress of the United States in addition to the number apportioned to such States by the act entitled "An act for the apportionment of representatives to Congress among the several States according to the ninth census," approved February second, eighteen hundred and seventy-two, to wit: New Hampshire, Vermont, New York, Pennsylvania, Indiana, Tennessee, Louisiana, Alabama, and Florida, and be elected by separate districts, as in said act directed: *Provided,* That in the election of representatives to the forty-third Congress only, in any State which by this law is given an increased number of representatives, the additional representatives allowed to such State may be elected by the State at large, unless the legislature of said State shall otherwise provide before the time fixed by law for the election of representatives therein.

One additional representative in Congress to each of certain States;

how may be elected to forty-third Congress.

APPROVED, May 30, 1872.

---

May 31, 1872.

CHAP. CCXL. — *An Act fixing the Rank of Professors of Mathematics in the United States Navy.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the ninth section of the naval appropriation bill, approved March third, eighteen hundred and seventy-one, be amended by inserting, after the clause relating to the chaplains, the following clause:

There shall be three professors of mathematics, who shall have the relative rank of captain; four that of commander; and five that of lieutenant commander or lieutenant.

Number and rank of professors of mathematics in the United States navy.

1871, ch. 117, § 9. Vol. xvi. p. 536.

APPROVED, May 31, 1872.

---

May 31, 1872.

CHAP. CCXLI. — *An Act relating to the Creation of new Land Districts.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That hereafter in case of the division of existing land districts by the erection of new ones, or by a change of boundaries by the President of the United States, all business in such original districts shall be entertained and transacted, without prej-

When new land districts are made by, &c., business in original districts to