, 17.

whenever

·ued as in
ibility, or
n may be



ropriations

he United
g the pro-
e Revised
y twenty-
aking ap-
l Census"
olunteers,
. amounts
person or
power of
: any part
nt of the
ding such
nterest or
f ten per



rity to sign

the United
er-General
ate to the
i stead all
i Treasury
a the pub-

ostmaster-
had been



l of a monu-
es Navy.

the United
e intersec-
igton City
um of ten
essary, be,
e Treasury
ion of the
base for a
Du Pont,

CHAP. 18.—An act in reference to the Trustees of the Lincoln Monument Association    Feb. 25, 1882.

Whereas, owing to the large number of Trustees named in the "Act to incorporate the Lincoln Monument Association" approved March thirtieth, eighteen hundred and sixty-seven, it proves to be impracticable for a majority of said Trustees to meet for the transaction of the business of said association: Therefore,

*Lincoln Monument Association. 15 Stat., 11.*

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That hereafter five of the Trustees of said association, whether named in said act, or subsequently appointed, shall constitute a legal quorum and may exercise all the powers conferred by law upon said association: Provided, That each of said trustees shall be notified by the President or Secretary twenty days in advance of any meeting of said trustees.

*Five trustees a legal quorum.*

*Proviso.*

Approved, February 25, 1882.

---

CHAP. 19.—An act authorizing the Lancaster National Bank of Lancaster, Massachusetts, to change its location and name.    Feb. 25, 1882.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the Lancaster National Bank of Lancaster, in the Commonwealth of Massachusetts, is hereby authorized to change its location to the town of Clinton, in the county of Worcester, in said Commonwealth, whenever the stockholders representing two-thirds of the capital stock of said bank, at a meeting for that purpose, determine to make such change; and the president and cashier shall execute a certificate, under the corporate seal of the bank, specifying such determination, and shall cause the same to be recorded in the office of the Comptroller of the Currency, and thereupon such change of location shall be effected, and the operations of discount and deposit of said bank shall be carried on in the said town of Clinton.

*Lancaster National Bank, Lancaster, Mass., to change name and location.*

SEC. 2. That nothing in this act contained shall be so construed as in manner to release the said bank from any liabilities, or affect any action or proceeding in law in which said bank may be a party or interested; and when such change shall have been determined upon as aforesaid, notice thereof and of such change shall be published in two weekly papers in said county of Worcester not less than four weeks.

*Liabilities, etc., not affected.*

SEC. 3. That whenever the location of said bank shall have been changed from said town of Lancaster to said town of Clinton, in accordance with the first section of this act, its name shall be changed to the Lancaster National Bank of Clinton, Massachusetts, if the board of directors of said bank shall accept the new name by resolution of the board, and cause a copy of such resolution, duly authenticated, to be filed with the Comptroller of the Currency.

SEC. 4. That all the debts, demands, liabilities, rights, privileges, and powers of the Lancaster National Bank of Lancaster shall devolve upon the Lancaster National Bank of Clinton whenever such change of name is effected.

Approved, February 25, 1882.

---

CHAP. 20.—An act making an apportionment of Representatives in Congress among the several States under the tenth census.    Feb. 25, 1882.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That after the third of March, eighteen hundred and eighty-three, the House of Representatives shall be composed of three hundred and twenty-five members, to be apportioned among the several States as follows:

*Apportionment of Representatives in Congress among the States under the tenth census.*

Alabama, eight.
Arkansas, five.

California, six.
Colorado, one.
Connecticut, four.
Delaware, one.
Florida, two.
Georgia, ten.
Illinois, twenty.
Indiana, thirteen.
Iowa, eleven.
Kansas, seven.
Kentucky, eleven.
Louisiana, six.
Maine, four.
Maryland, six.
Massachusetts, twelve.
Michigan, eleven.
Minnesota, five.
Mississippi, seven.
Missouri, fourteen.
Nebraska, three.
Nevada, one.
New Hampshire, two.
New Jersey, seven.
New York, thirty-four.
North Carolina, nine.
Ohio, twenty-one.
Oregon, one.
Pennsylvania, twenty-eight.
Rhode Island, two.
South Carolina, seven.
Tennessee, ten.
Texas, eleven.
Vermont, two.
Virginia, ten.
West Virginia, four.
Wisconsin, nine.

*Assignment to new States to be in addition.*

SECTION TWO.—That whenever a new State is admitted to the Union the Representative or Representatives assigned to it shall be in addition to the number three hundred and twenty-five.

SECTION THREE.—That in each State entitled under this apportionment the number to which such State may be entitled in the Forty-eighth and each subsequent Congress shall be elected by Districts composed of contiguous territory, and containing as nearly as practicable an equal number of inhabitants, and equal in number to the Representatives to which such State may be entitled in Congress, no one District electing more than one Representative: *Provided,* That unless the Legislature of such State shall otherwise provide before the election of such Representatives shall take place as provided by law, where no change shall be hereby made in the representation of a State, the Representatives thereof to the Forty-eighth Congress shall be elected therein as now provided by law. If the number as hereby provided for shall be larger than it was before this change, then the additional Representative or Representatives allowed to said State under this apportionment may be elected by the State at large, and the other Representatives to which the State is entitled by the Districts as now prescribed by law in said State; and if the number hereby provided for shall in any State be less than it was before the change hereby made, then the whole number to such State hereby provided for shall be elected at large, unless the Legislatures of said States have provided or shall otherwise provide before the time fixed by law for the next election of Representatives therein.

*Proviso.*

*Election of Representatives at large, when.*

All acts and parts of acts inconsistent herewith are hereby repealed.

Approved, February 25, 1882.