**CHAP. 116.**—An act making an apportionment of Representatives in Congress among the several States under the Eleventh Census.

February 7, 1891.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That after the third of March, eighteen hundred and ninety-three, the House of Representatives shall be composed of three hundred and fifty-six members, to be apportioned among the several States as follows:

Number and apportionment of Representatives in Congress.

Alabama, nine.
Arkansas, six.
California, seven.
Colorado, two.
Connecticut, four.
Delaware, one.
Florida, two.
Georgia, eleven.
Idaho, one.
Illinois, twenty-two.
Indiana, thirteen.
Iowa, eleven.
Kansas, eight.
Kentucky, eleven.
Louisiana, six.
Maine, four.
Maryland, six.
Massachusetts, thirteen.
Michigan, twelve.
Minnesota, seven.
Mississippi, seven.
Missouri, fifteen.
Montana, one.
Nebraska, six.
Nevada, one.
New Hampshire, two.
New Jersey, eight.
New York, thirty-four.
North Carolina, nine.
North Dakota, one.
Ohio, twenty-one.
Oregon, two.
Pennsylvania, thirty.
Rhode Island, two.
South Carolina, seven.
South Dakota, two.
Tennessee, ten.
Texas, thirteen.
Vermont, two.
Virginia, ten.
Washington, two.
West Virginia, four.
Wisconsin, ten.
Wyoming, one.

SEC. 2. That whenever a new State is admitted to the Union the Representative or Representatives assigned to it shall be in addition to the number three hundred and fifty-six.

Representatives assigned to new States.

SEC. 3. That in each State entitled under this apportionment the number to which such State may be entitled in the Fifty-third and each subsequent Congress shall be elected by districts composed of contiguous territory and containing as nearly as practicable an equal number of inhabitants. The said districts shall be equal to the number of the Representatives to which such State may be entitled in Congress, no one district electing more than one Representative.

Election by districts, etc.

736        FIFTY-FIRST CONGRESS.  Sess. II.  Chs. 116, 117, 121.  1891.

Election at large, of additional Representatives, etc.

Sec. 4. That in case of an increase in the number of Representatives which may be given to any State under this apportionment such additional Representative or Representatives shall be elected by the State at large, and the other Representatives by the districts now prescribed by law until the legislature of such State in the manner herein prescribed shall redistrict such State, and if there be no increase in the number of Representatives from a State the Representatives thereof shall be elected from the districts now prescribed by law until such State be redistricted as herein prescribed by the legislature of said State.

Repeal.

Sec. 5. That all acts and parts of acts inconsistent with this act are hereby repealed.

Approved, February 7, 1891.

---

February 7, 1891.

**CHAP. 117.**—An act to prohibit the sale of tobacco to minors under sixteen years of age in the District of Columbia.

District of Columbia.
Sale, etc., of tobacco to minors under sixteen years, prohibited.
Penalty.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That hereafter no person in the District of Columbia shall sell, give, or furnish any cigar, cigarette, or tobacco in any of its forms to any minor under sixteen years of age; and for each and every violation of this section the offender shall, on conviction, be fined not less than two dollars nor more than ten dollars, or be imprisoned for not less than five days nor more than twenty days.

Approved, February 7, 1891.

---

February 9, 1891.

**CHAP. 121.**—An act to authorize the Norfolk and Western Railroad Company to bridge the Tug Fork of the Big Sandy River at certain points, where the same forms the boundary line between the States of West Virginia and Kentucky.

Norfolk and Western Railroad Company may bridge Tug Fork of Big Sandy River, between West Virginia and Kentucky.
Location of bridges.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That it shall be lawful for the Norfolk and Western Railroad Company, a corporation existing under the laws of Virginia and West Virginia, to construct and maintain bridges and approaches thereto across the Tug Fork of the Big Sandy River at such points where the same forms the boundary line between the States of West Virginia and Kentucky as the said company may deem suitable for the passage of its road over the said fork of the Big Sandy River, subject to the approval of the Secretary of War.

Lawful structures and post routes.

Sec. 2. That any bridge or bridges authorized to be constructed under this act shall be lawful structures, and shall be recognized and known as post routes, and they shall enjoy all the rights and privileges of other post roads in the United States, upon which also no higher charge shall be made for the transmission over the same of the mails, or for through passengers or freight passing over said bridge or bridges and approaches, than the rate per mile paid for transportation over the railroads leading to said bridge or bridges;

Postal telegraph, etc.

and the United States shall have the right of way for postal telegraph and telephone purposes without charges therefor across said bridge or bridges and approaches.

Security of navigation.

Said bridge or bridges shall be built and located under and subject to such regulations for the security of navigation as the Secretary of War shall prescribe; and to secure that object the said company or corporation shall submit to the Secretary of War, for his examination and approval, a design and drawings of the bridge or bridges and a map of the location or locations, giving, for the space of one

Maps, plans, etc.