been made, the reimportation of which is hereby prohibited except upon payment of duties equal to the drawbacks allowed; or to any article manufactured in bonded warehouse and exported under any provision of law: *And provided further*, That when manufactured tobacco which has been exported without payment of internal-revenue tax shall be reimported it shall be retained in the custody of the collector of customs until internal-revenue stamps in payment of the legal duties shall be placed thereon: *And provided further*, That cattle, horses, sheep, and other domestic animals straying across the boundary line into any foreign country or driven across such boundary line by the owners for temporary pasturage purposes only, together with their offspring, shall be dutiable, unless brought back to the United States within six months, under regulations to be prescribed by the Secretary of the Treasury, in accordance with the provisions of paragraph four hundred and ninety-two."

Tobacco, to be taxed.

Animals temporarily crossing boundary.

Restriction.
Vol. 36, p. 72, amended.

Approved, July 27, 1911.

---

**CHAP. 5.**—An Act For the apportionment of Representatives in Congress among the several States under the Thirteenth Census.

August 8, 1911.
[H. R. 2983.]

[Public, No. 5.]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That after the third day of March, nineteen hundred and thirteen, the House of Representatives shall be composed of four hundred and thirty-three Members, to be apportioned among the several States as follows:

Representatives in Congress.
Apportionment to States under Thirteenth Census.

Alabama, ten.
Arkansas, seven.
California, eleven.
Colorado, four.
Connecticut, five.
Delaware, one.
Florida, four.
Georgia, twelve.
Idaho, two.
Illinois, twenty-seven.
Indiana, thirteen.
Iowa, eleven.
Kansas, eight.
Kentucky, eleven.
Louisiana, eight.
Maine, four.
Maryland, six.
Massachusetts, sixteen.
Michigan, thirteen.
Minnesota, ten.
Mississippi, eight.
Missouri, sixteen.
Montana, two.
Nebraska, six.
Nevada, one.
New Hampshire, two.
New Jersey, twelve.
New York, forty-three.
North Carolina, ten.
North Dakota, three.
Ohio, twenty-two.
Oklahoma, eight.
Oregon, three.
Pennsylvania, thirty-six.

14 SIXTY-SECOND CONGRESS. Sess. I. Chs. 5, 6. 1911.

Rhode Island, three.
South Carolina, seven.
South Dakota, three.
Tennessee, ten.
Texas, eighteen.
Utah, two.
Vermont, two.
Virginia, ten.
Washington, five.
West Virginia, six.
Wisconsin, eleven.
Wyoming, one.

*Arizona and New Mexico when admitted as States.*
*Post, p. 39.*

SEC. 2. That if the Territories of Arizona and New Mexico shall become States in the Union before the apportionment of Representatives under the next decennial census they shall have one Representative each, and if one of such Territories shall so become a State, such State shall have one Representative, which Representative or Representatives shall be in addition to the number four hundred and thirty-three, as provided in section one of this Act, and all laws and parts of laws in conflict with this section are to that extent hereby repealed.

*Vol. 36, p. 561.*

*Assignment of districts.*

SEC. 3. That in each State entitled under this apportionment to more than one Representative, the Representatives to the Sixty-third and each subsequent Congress shall be elected by districts composed of a contiguous and compact territory, and containing as nearly as practicable an equal number of inhabitants. The said districts shall be equal to the number of Representatives to which such State may be entitled in Congress, no district electing more than one Representative.

*Elections.*
*Additional Representatives at large.*

SEC. 4. That in case of an increase in the number of Representatives in any State under this apportionment such additional Representative or Representatives shall be elected by the State at large and the other Representatives by the districts now prescribed by law until such State shall be redistricted in the manner provided by the laws thereof and in accordance with the rules enumerated in section three of this Act; and if there be no change in the number of Representatives from a State, the Representatives thereof shall be elected from the districts now prescribed by law until such State shall be redistricted as herein prescribed.

*Present number.*

*Nominations for Representatives at large.*

SEC. 5. That candidates for Representative or Representatives to be elected at large in any State shall be nominated in the same manner as candidates for governor, unless otherwise provided by the laws of such State.

Approved, August 8, 1911.

---

*August 10, 1911.*
*[S. 1149.]*
*[Public, No. 6.]*

**CHAP. 6.**—An Act Permitting the Minneapolis, Saint Paul and Sault Sainte Marie Railway Company to construct, maintain, and operate a railroad bridge across the Saint Croix River between the States of Wisconsin and Minnesota.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the consent of Congress is hereby granted to the Minneapolis, Saint Paul and Sault Sainte Marie Railway Company, a railway corporation organized under the laws of the States of Wisconsin and Minnesota, to construct, maintain, and operate a railroad bridge and approaches thereto, across the Saint Croix River, at a point suitable to the interests of navigation, from a point on the south bank of said river in lot one, section twenty-one, township forty-one north, range sixteen west, in Burnett County, Wisconsin, to a point on the north bank of said river in lot one, section twenty-one, township forty-one north, range sixteen west, in Pine

*Saint Croix River.*
*Minneapolis, Saint Paul and Sault Sainte Marie Railway Company may bridge, between Burnett County, Wis., and Pine County, Minn.*