Penalties.

subsequent thereto, and shall be published in one or more of the daily newspapers published in the District of Columbia and in such other manner as the Commissioners may deem best to acquaint the public with the same; and no penalty prescribed for the violation of any of such regulations shall be enforced until five days after such publication.   Any person violating any of such regulations shall be liable for each such offense to a fine of not to exceed $100 in the police court of said District, and in default of payment thereof to imprisonment in the workhouse of said District for not longer than sixty days.

Approved, April 22, 1940.

---

[CHAPTER 152]

April 25, 1940
[S. 2505]
[Public, No. 481]

AN ACT

To amend an Act to provide for the fifteenth and subsequent decennial censuses and to provide for apportionment of Representatives in Congress, approved June 18, 1929, so as to change the date of subsequent apportionments.

Fifteenth, etc., censuses.
Apportionment of Representatives in Congress.
46 Stat. 26.
2 U. S. C. § 2a.
Time for filing statement modified.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That an Act to provide for the fifteenth and subsequent decennial censuses and to provide for apportionment of Representatives in Congress, approved June 18, 1929, is hereby amended in the first sentence of section 22 (a) by striking out the words "second regular session of the Seventy-first Congress" and substituting the following words: "first regular session of the Seventy-seventh Congress", and by striking out "fifteenth" and inserting "sixteenth".

46 Stat. 26.
2 U. S. C. § 2a (b).
Number of Representatives if no new apportionment law enacted.

SEC. 2. The first sentence of section 22 (b) of such Act is amended to read as follows: "If the Congress to which the statement required by subdivision (a) of this section is transmitted has not, within sixty calendar days after such statement is transmitted, enacted a law apportioning Representatives among the several States, then each State shall be entitled, in the next Congress and in each Congress thereafter until the taking effect of a reapportionment under this Act or subsequent statute, to the number of Representatives shown in the statement based upon the method used in the last preceding apportionment.".

Approved, April 25, 1940.

---

[CHAPTER 153]

April 25, 1940
[S. 2599]
[Public, No. 482]

AN ACT

To amend the Naval Reserve Act of 1938 (Public, Numbered 732, 52 Stat. 1175).

Naval Reserve Act of 1938, amendment.
52 Stat. 1179.
34 U. S. C., Supp. V, § 854e.
Transfer from Fleet Reserve to retired list, Regular Navy; payment of allowances.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That section 206 of the Naval Reserve Act of June 25, 1938, is hereby amended by striking out the last two provisions and substituting therefor the following: "*Provided further,* That in the computation of service requisite for transfer of enlisted men of the Fleet Reserve to the retired list of the Regular Navy and for payment of allowances to which enlisted men on the retired list of the Regular Navy are entitled, service in the Army, Navy, Marine Corps, Coast Guard, Naval Reserve Force, Fleet Naval Reserve, Fleet Reserve, Marine Corps Reserve Force, and the Marine Corps Reserve, and on the retired list of the Regular Navy shall be included: *And provided further,* That such service as may heretofore have been authorized by law to be counted as double time shall be credited as double time in this computation.".

Service included.

Double-time credit.

Approved, April 25, 1940.