UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

William C Schroeder

Plaintiff(s),

v.

United States of America

Defendant(s).

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 19, 2022**

SEAN F. McAVOY, CLERK

2:22-cv-00172-MKD

CERTIFICATION OF
CONSTITUTIONAL CHALLENGE

TO:   United States Attorney's Office

A constitutional challenge to a federal statute has been filed in the above case. In accordance with Fed. R. Civ. P. 5.1.(c) and 28 U.S.C. § 2403, you may elect to intervene in this matter no later than 60 days from the date the challenge was filed. A copy of this Certification has been mailed to:

United States Attorney's Office

Dated: July 19, 2022

SEAN F. McAVOY
Clerk of Court

By:
\_\_\_\_s/Lee Reams_____
Deputy Clerk