AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States
was received by me on *(date)* 7/20/2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LISA DUNWOODIE , who is
designated by law to accept service of process on behalf of *(name of organization)*
OFFICE OF THE United States Attorney on *(date)* 7/20/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

7/20/2022
Date

*Server's signature*

MEGHAN KIRK   Legal Assistant
*Printed name and title*

510 W. Riverside Ave., #300 Spokane, WA 99201
*Server's address*

Additional information regarding attempted service, etc:

**PARTNERS**

JANE E. BROWN
GERALD KOBLUK
YVONNE LEVEQUE KOBLUK
ANNE K. SCHROEDER
WILLIAM C. SCHROEDER
WILLIAM J. SCHROEDER



**LITIGATION, P.S.**

TRIAL ATTORNEYS

**COUNSEL**

DAVID L. BROOM
JEFFRY K. FINER
BRIAN P. KNOPF
HON. JEROME J. LEVEQUE (RET.)
PATRICK E. MILLER

William C. Schroeder
*WCS@KSBLit.legal*

July 20, 2022

*Via Hand Delivery*
Office of the United States Attorney
Eastern District of Washington
920 W. Riverside Ave. #300
Spokane, WA 99201

**RECEIVED**

**JUL 20 2022**

**UNITED STATES ATTORNEY**
**SPOKANE, WA**

    **RE:**    Service Copy – *Schroeder v. United States*, No. 2:22-cv-00172-MKD

To: Office of the United States Attorney, Eastern District of Washington,

    Enclosed with this letter, please find the following documents:

| | |
|---|---|
| ECF 1 – Complaint for Declaratory Relief | ECF 1-12 – 37th Cong. Sess. II, Ch. 36 (1862) |
| ECF 1-1 – Civil Cover Sheet | ECF 1-13 – 42nd Cong. Sess. II, Ch. 11 (1872) |
| ECF 1-2 – Summons to Attorney General | ECF 1-14 – 42nd Cong. Sess. II, Ch. 239 (1872) |
| ECF 1-3 – Summons to U.S. Attorney | ECF 1-15 – 47th Cong. Sess. I Ch. 20 (1882) |
| ECF 1-4 – 2nd Cong. Sess. I, Ch. 23 (1792) | ECF 1-16 – 51st Cong. Sess. II, Ch. 116 (1891) |
| ECF 1-5 – 7th Cong. Sess. I, Ch. 1 (1802) | ECF 1-17 – 56th Cong. Sess. II, Ch. 93 (1901) |
| ECF 1-6 – 12th Cong. Sess. I, Ch. 9 (1811) | ECF 1-18 – 62nd Cong. Sess. I, Ch. 5 (1911) |
| ECF 1-7 – 17th Cong. Sess. I, Ch. 10 (1822) | ECF 1-19 – 71st Cong. Sess. I, Ch. 28 (1929) |
| ECF 1-8 – 22nd Cong. Sess. I, Ch. 91 (1832) | ECF 1-20 – 54 Stat. 152 (April 25, 1940) |
| ECF 1-9 – 27th Cong. Sess. II, Ch. 47 (1842) | ECF 1-21 – 77th Cong. Sess. I, Ch. 470 (1941) |
| ECF 1-10 – 31st Cong. Sess. I, Ch. 11 (1850) | ECF 2 – Summons in a Civil Action |
| ECF 1-11 – 32nd Cong. Sess. I, Ch. 74 (1852) | ECF 3 – Certification of Constitutional Challenge |

Very Truly Yours,

**KSB LITIGATION, P.S.**

William C. Schroeder



/Enclosures

510 W. Riverside Ave., Ste. 300, Spokane, WA 99201 / T 509 624 8988 / F 509 474 0358 / www.KSBLit.com
A Professional Services Corporation
With Attorneys Licensed in Washington, Idaho, Montana, and Texas