ECF 1    – Complaint for Declaratory Relief
ECF 1-1  – Civil Cover Sheet
ECF 1-2  – Summons to Attorney General
ECF 1-3  – Summons to U.S. Attorney
ECF 1-4  – 2nd Cong. Sess. I, Ch. 23 (1792)
ECF 1-5  – 7th Cong. Sess. I, Ch. 1 (1802)
ECF 1-6  – 12th Cong. Sess. I, Ch. 9 (1811)
ECF 1-7  – 17th Cong. Sess. I, Ch. 10 (1822)
ECF 1-8  – 22nd Cong. Sess. I, Ch. 91 (1832)
ECF 1-9  – 27th Cong. Sess. II, Ch. 47 (1842)
ECF 1-10 – 31st Cong. Sess. I, Ch. 11 (1850)
ECF 1-11 – 32nd Cong. Sess. I, Ch. 74 (1852)
ECF 1-12 – 37th Cong. Sess. II, Ch. 36 (1862)
ECF 1-13 – 42nd Cong. Sess. II, Ch. 11 (1872)
ECF 1-14 – 42nd Cong. Sess. II, Ch. 239 (1872)
ECF 1-15 – 47th Cong. Sess. I Ch. 20 (1882)
ECF 1-16 – 51st Cong. Sess. II, Ch. 116 (1891)
ECF 1-17 – 56th Cong. Sess. II, Ch. 93 (1901)
ECF 1-18 – 62nd Cong. Sess. I, Ch. 5 (1911)
ECF 1-19 – 71st Cong. Sess. I, Ch. 28 (1929)
ECF 1-20 – 54 Stat. 152 (April 25, 1940)
ECF 1-21 – 77th Cong. Sess. I, Ch. 470 (1941)
ECF 2    – Summons in a Civil Action
ECF 3    – Certification of Constitutional Challenge