BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
*LESLEY FARBY*
Assistant Branch Director
*BRIAN C. ROSEN-SHAUD*
Trial Attorney
1100 L St NW, Rm 12022
Washington, DC 20530
Telephone: (202) 305-7667

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM C. SCHROEDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 2:22-cv-00172-MKD<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>**[PROPOSED]** |

This matter is before the Court on Defendant's Motion to Dismiss (*ECF No. 6*). The Court determines that, for the reasons stated in Defendant's Motion to Dismiss, Defendant is entitled to dismissal of Plaintiff's Complaint as a matter of law.

Therefore, it is hereby **ORDERED**:

1.　Defendant's Motion to Dismiss, ECF No. 6, is **GRANTED**; and

2.　Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED**

Dated this ___ day of _____ 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARY K. DIMKE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order Granting Defendant's Motion to Dismiss - 1