FILED

APR 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILLIAM CHRISTOPHER SCHROEDER, an individual,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-Appellee. | No. 23-35606<br><br>D.C. No. 2:22-cv-00172-MKD<br>Eastern District of Washington, Spokane<br><br>ORDER |

The court is of the unanimous opinion that the facts and legal argument are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Therefore, this matter is ordered submitted on the briefs and record without oral argument on May 7, 2024, in Seattle, Washington. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT